## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION,        ) | |
| )        | |
| Plaintiff,        ) | |
| v.        )  | **Civil Case No. 08-cv-00244 (JDB)** |
| )        | |
| CEPHALON, INC.,        ) | |
| )        | |
| Defendant.        ) | |

### [PROPOSED] ORDER

Having considered Defendant's Motion to Dismiss and Memorandum of Points and

Authorities in Support thereof, as well any Opposition thereto, the Court hereby ORDERS that :

Defendants' Motion to Dismiss is GRANTED; and it is

FURTHER ORDERED that Plaintiff's Complaint be DISMISSED WITH PREJUDICE

in its entirety.  This is a final appealable Order.

SO ORDERED this _____ day of _____, 2008.

_____
John D. Bates
United States District Judge

Copies to:

| Attorneys for Defendant | Attorneys for Plaintiff |
|---|---|

Eric Mahr (DC Bar # 459350)
Daniel J. Matheson (DC Bar # 502490)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000
(202) 663-6363 fax

Of Counsel:

James C. Burling
Peter A. Spaeth (DC Bar # 392239)
Mark A. Ford
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000
(617) 526-5000 fax

David J. Creagan
Michael N. Onufrak
David E. Edwards
WHITE AND WILLIAMS LLP
1800 One Liberty Place
Philadelphia, PA 19103-7395
(215) 864-7000
(215) 864-7123 fax

Markus H. Meier (DC Bar # 459715)
Bradley S. Albert
Philip M. Eisenstat
Saralisa C. Brau
Mark J. Woodward (DC Bar # 479537)
Jeffrey C. Bank
600 Pennsylvania Avenue, NW
Washington, DC 20580
Telephone:  (202) 326-3759
Facsimile:  (202) 326-3384

08-2141

TYPE-A



# U.S. District Court
## District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:08-cv-00244-JDB

08cv2141

FEDERAL TRADE COMMISSION v. CEPHALON, INC.
Assigned to: Judge John D. Bates
Cause: 15:0045 Federal Trade Commission Act

Date Filed: 02/13/2008
Jury Demand: None
Nature of Suit: 410 Anti-Trust
Jurisdiction: U.S. Government Plaintiff

**Plaintiff**

**FEDERAL TRADE COMMISSION**                    represented by    **Markus Meier**
FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20850
(202) 326-3759
Email: mmeier@ftc.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**CEPHALON, INC.**                    represented by    **Eric J. Mahr**
WILMER CUTLER PICKERING HALE
AND DORR, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 616-8267
Email: eric.mahr@wilmerhale.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew J. Ewalt**
WILMER CUTLER PICKERING HALE
& DORR
1899 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000
Email: andrew.ewalt@wilmerhale.com
*TERMINATED: 04/11/2008*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/13/2008 | 1 | COMPLAINT against CEPHALON, INC. (Filing fee $ 0.00) filed by FEDERAL TRADE COMMISSION. (Attachments: # |

| 02/13/2008 | 1 | COMPLAINT against CEPHALON, INC. (Filing fee $ 0.00) filed by FEDERAL TRADE COMMISSION. (Attachments: # 1 Civil Cover Sheet)(tg, ) (Entered: 02/14/2008) |
| 02/13/2008 | 2 | NOTICE OF RELATED CASE by FEDERAL TRADE COMMISSION. Case related to Case No. 06cv1797 and 06cv2768, both filed in the U.S. District Court for the Eastern District of Pennsylvania. (tg, ) (Entered: 02/14/2008) |
| 02/13/2008 | | Summons (1) Issued as to CEPHALON, INC. (tg, ) (Entered: 02/14/2008) |
| 02/19/2008 | 3 | NOTICE of Appearance by Andrew J. Ewalt on behalf of CEPHALON, INC. (Ewalt, Andrew) (Entered: 02/19/2008) |
| 02/19/2008 | 4 | STIPULATION re Schedule by CEPHALON, INC.. (Attachments: # 1 Proposed Order)(Ewalt, Andrew) (Entered: 02/19/2008) |
| 02/20/2008 | | MINUTE ORDER approving the parties' joint stipulation 4 regarding scheduling. Defendant shall answer or otherwise respond to the Complaint no later than May 2, 2008. Should Defendant respond in the form of a motion to dismiss, Plaintiff shall file a response no later than June 2, 2008; Defendant may reply no later than June 20, 2008. Signed by Judge Rosemary M. Collyer on 2/20/08. (KD) (Entered: 02/20/2008) |
| 02/20/2008 | 5 | MOTION to Transfer Case by CEPHALON, INC. (Attachments: # 1 Affidavit Randall J. Zakreski, Esq., # 2 Text of Proposed Order)(Ewalt, Andrew) (Entered: 02/20/2008) |
| 02/20/2008 | | Set/Reset Deadlines/Hearings: Answer to complaint due by 5/2/2008. Plaintiff's Response (if any) due by 6/2/2008. Defendant'd Reply (if any) due by 6/20/2008. (cdw) (Entered: 02/22/2008) |
| 02/26/2008 | 6 | Case Randomly Reassigned to Judge John D. Bates. Judge Rosemary M. Collyer no longer assigned to the case. (jeb, ) (Entered: 02/26/2008) |
| 02/28/2008 | 7 | NOTICE (OTHER) by FEDERAL TRADE COMMISSION (Meier, Markus) (Entered: 02/28/2008) |
| 03/06/2008 | 8 | Memorandum in opposition to re 5 MOTION to Transfer Case filed by FEDERAL TRADE COMMISSION. (Attachments: # 1 Text of Proposed Order, # 2 Declaration of Saralisa C. Brau, Esq., # 3 Declaration of Barry S. Taus, Esq.)(Meier, Markus) (Entered: 03/06/2008) |
| 03/13/2008 | 9 | Corporate Disclosure Statement by CEPHALON, INC.. (Ewalt, Andrew) (Entered: 03/13/2008) |
| 03/13/2008 | 10 | WAIVER OF SERVICE by FEDERAL TRADE COMMISSION. CEPHALON, INC. waiver sent on 2/29/2008, answer due 4/29/2008. (Meier, Markus) (Entered: 03/13/2008) |
| 03/17/2008 | 11 | REPLY to opposition to motion re 5 MOTION to Transfer Case filed by CEPHALON, INC.. (Ewalt, Andrew) (Entered: 03/17/2008) |
| 04/11/2008 | 12 | NOTICE of Appearance by Eric J. Mahr on behalf of CEPHALON, INC. |

| | | (Mahr, Eric) (Entered: 04/11/2008) |
|---|---|---|
| 04/11/2008 | 13 | NOTICE OF WITHDRAWAL OF APPEARANCE as to CEPHALON, INC.. Attorney Andrew J. Ewalt terminated. (Mahr, Eric) (Entered: 04/11/2008) |
| 04/28/2008 | 14 | ORDER granting 5 Cephalon's motion to transfer this case to the Eastern District of Pennsylvania. See text of the Order for additional details. SO ORDERED. Signed by Judge John D. Bates on 4/28/08. (lcjdb1) (Entered: 04/28/2008) |
| 04/28/2008 | 15 | MEMORANDUM OPINION. Signed by Judge John D. Bates on 4/28/08. (lcjdb1) (Entered: 04/28/2008) |
| 05/02/2008 | 16 | ENTERED IN ERROR.....NOTICE *OF FILING* by CEPHALON, INC. (Mahr, Eric) Modified on 5/5/2008 (nmw, ). (Entered: 05/02/2008) |
| 05/02/2008 | 17 | MOTION to Dismiss by CEPHALON, INC. (Attachments: # 1 Exhibit Declaration of Eric Mahr and Exhibits, # 2 Text of Proposed Order) (Mahr, Eric) (Additional attachment(s) added on 5/5/2008: # 3 Letter to Clerk) (nmw, ). (Entered: 05/02/2008) |
| 05/05/2008 | | NOTICE OF CORRECTED DOCKET ENTRY: Docket Entry 16 Notice (Other) was entered in error (pursuant to Local Rule 5.1(b)) and has been added as an attachment to Docket Entry 17 Motion to Dismiss. (nmw, ) (Entered: 05/05/2008) |
| 05/08/2008 | | Case transferred out to the USDC for the Eastern District of Pennsylvania, pursuant to Court Order entered April 28, 2008. Sent to Court by electronically. (jf, ) (Entered: 05/08/2008) |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 05/08/2008 13:45:46 | | |
| **PACER Login:** us4447 | **Client Code:** | |
| **Description:** Docket Report | **Search Criteria:** | 1:08-cv-00244-JDB |
| **Billable Pages:** 2 | **Cost:** | 0.16 |