APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| FEDERAL TRADE COMMISSION | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| CEPHALON, INC. | : | NO. 2:08-CV-2141 |

## ORDER

AND NOW, this           Day of                  , 2011 , it is hereby

ORDERED that the application of  Creighton J. Macy        , Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
                                                                                              J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:08-CV-2141

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, __Creighton J. Macy__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A. *I state that I am currently admitted to practice in the following state jurisdictions:*

| Wisconsin | 05/19/2008 | 1068945 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| Virginia | 10/16/2008 | 77016 |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. *I state that I am currently admitted to practice in the following federal jurisdictions:*

| | | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for*    Impax/Wockhardt

_____
(Applicant's Signature)

02/02/2011
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Wilson Sonsini Goodrich & Rosati, P.C.

1700 K. Street, 5th Floor, Washington, DC 20006

(202) 973-8881

Sworn and subscribed before me this

2nd Day of February, 2011

_____
Notary Public

My Commission Expires
July 14, 2012

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ___Creighton J. Macy___ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Andrew J. Soven | [signature] | 8/22/96 | 76766 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Reed Smith LLP

2500 One Liberty Place, 1650 Market Street, Philadelphia, PA 19103

(215) 851-8288

Sworn and subscribed before me this

2nd Day of February, 2011

[signature]
Notary Public

**COMMONWEALTH OF PENNSYLVANIA**
NOTARIAL SEAL
RUTH REBER, Notary Public
City of Philadelphia, Phila. County
My Commission Expires April 21, 2011

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION | CIVIL ACTION |
| v. | |
| CEPHALON, INC. | NO. 2:08-CV-2141 |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of _____Creighton J. Macy_____

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was mailed today with postage prepaid to:

Bradley S. Albert, FTC, 601 New Jersey Ave. NW, Washington, DC 20001

Mark A. Ford, Wilmer Hale, 60 State Street, Boston MA, 02109

_____
Signature of Attorney

Andrew J. Soven
Name of Attorney

Impax/Wockhardt
Name of Moving Party

02/02/2011
Date