# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KING DRUG COMPANY OF FLORENCE, INC., et al.,** on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> **CEPHALON, INC., et al.,** <br><br> Defendants. | **Civil Action No.** <br><br> **2:06-cv-01797-MSG** <br><br><br> **Judge Mitchell S. Goldberg** |
| **FEDERAL TRADE COMMISSION** <br><br>             Plaintiff, <br><br> v. <br><br> **CEPHALON, INC.** <br><br>             Defendant. | **Civil Action No.** <br><br> **08-CV-2141** |

**NOTICE OF DIRECT PURCHASER PLAINTIFFS' POSITION
WITH RESPECT TO DEFENDANT CEPHALON. INC.'S
MOTION TO COMPEL PRODUCTION OF DOCUMENTS
FROM PLAINTIFF FEDERAL TRADE COMMISSION
AND THE MOTION OF THIRD-PARTY PHARMACEUTICAL
COMPANIES' FOR PROTECTIVE ORDER**

The Direct Purchaser Plaintiffs[1] respectfully submit this Notice of Position with respect to Defendant Cephalon, Inc.'s Motion to Compel Production of Documents from Plaintiff Federal Trade Commission and the Motion of Third-Party Pharmaceutical Companies' for Protective Order (Dkt. Nos. 84 & 88). Direct Purchaser Plaintiffs respectfully advise the Court

---

[1] The Direct Purchaser Plaintiffs include all named plaintiffs in *King Drug Company of Florence, Inc. v. Cephalon, Inc.*, 2:06-cv-1797; *Rochester Drug Co-operative, Inc. v. Cephalon, Inc.* 2:06-cv-1868; *Meijer, Inc. v. Cephalon, Inc.,* 2:06-cv-1911; *Burlington Drug Co. v. Cephalon, Inc.*, 2:06-cv-3052; *JM Smith Corp. v. Cephalon, Inc.*, 2:06-cv-2146; *SAJ Distributors, Inc. v. Cephalon, Inc.*, 2:06-cv-3450; *Rite Aid Co. v. Cephalon, Inc.*, 2:09-cv-3956; *Walgreen Co. v. Cephalon, Inc.*, 2:09-cv-3956; and *Giant Eagle, Inc. v. Cephalon, Inc.*, 2:10-cv-5164.

that neither Cephalon nor the Third-Party Pharmaceutical Companies have sought any relief with respect to the Direct Purchaser Plaintiffs. Cephalon's prayer for relief is limited to requiring the Federal Trade Commission ("FTC") either to produce the documents underlying two studies[2] conducted by them or to stipulate that the FTC will not seek to offer the studies into evidence. Cephalon's Motion at 1. Similarly, the Third Party Pharmaceutical Companies' prayer for relief asks for a protective order barring the disclosure of confidential materials that the Third Parties and others have filed with the FTC. Third Party Pharmaceutical Companies' Motion at n. 3.

Because neither Cephalon nor the Third Party Pharmaceutical Companies has sought relief with respect to the private cases, the Court's decision on Cephalon's Motion and the Third Party Pharmaceutical Companies' Motion should be limited to the FTC case. The Direct Purchaser Plaintiffs should be permitted to use the FTC studies in any manner permitted by the law, and the admissibility of the studies in the private cases should be determined by the Court based on the evidentiary objections of the parties to those cases—not the arguments of third parties—and the Federal Rules of Evidence.

Dated: February 4, 2011                    Respectfully submitted,

/s/ Joseph Opper

Garwin Gerstein & Fisher LLP

Bruce E. Gerstein
Joseph Opper
Kimberly Hennings
1501 Broadway, Suite 1416
New York, NY 10036
Tel: (212) 398-0055
Fax: (212) 764-6620

*Lead Counsel for Plaintiffs in the
King Drug Direct Purchaser Action*

---

[2] The two studies are "Generic Drug Entry Prior to Patent Expiration" dated July 2002 and "Pay-for-Delay: How Drug Company Pay-Offs Cost Consumers Billions" dated January 2010.

BERGER & MONTAGUE, P.C.
Daniel Berger
David F. Sorensen
Eric L. Cramer
Neill W. Clark
Daniel C. Simons
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
*Liaison Counsel and Member of the Executive Committee for Plaintiffs in the King Drug Direct Purchaser Action*

ODOM & DES ROCHES, L.L.P.
Stuart E. Des Roches
650 Poydras Street
Suite 2020
New Orleans, LA 70130
Tel: (504) 522-0077
Fax: (504) 522-0078

THE SMITH FOOTE LAW FIRM, LLP
David P. Smith
W. Ross Foote
David C. Raphael, Jr.
720 Murray Street
Alexandria, LA 71309
Tel: (318) 445-4480
Fax: (318) 487-1741

*Executive Committee for Plaintiffs in the King Drug Direct Purchaser Action*

GRANT & EISENHOFER P.A.
Linda P. Nussbaum
John D. Radice
485 Lexington Avenue
New York, NY 10017
Tel: (646) 722-8500
Fax: (646) 722-8501

RODANAST, P.C.
Dianne M. Nast
Erin C. Burns
801 Estelle Drive
Lancaster, PA 17601
Tel: (717) 892-3000
Fax: (717) 892-1200

| | |
|---|---|
| FARUQI & FARUQI, LLP<br>Peter Kohn<br>101 Greenwood Avenue, Suite 600<br>Jenkintown, PA 19046<br>Tel: (215) 277-5770 | HEIM PAYNE & CHORUSH, LLP<br>Russell Chorush<br>Chase Tower<br>600 Travis<br>Suite 6710<br>Houston, TX 77002<br>Tel: (713) 221-2000 |
| PHELPS DUNBAR LLP<br>Brent B. Barriere<br>Susie Morgan<br>365 Canal Street, Suite 2000<br>New Orleans, Louisiana 70130-6534<br>Tel: (504) 566-1311<br>Fax: (504) 568-9130<br><br>*Counsel for Plaintiffs in the King Drug Direct Purchaser Action* | HANGLEY ARONCHICK SEGAL &<br> PUDLIN<br>Steve D. Shadowen<br>Monica L. Rebuck<br>30 North Third Street, Suite 700<br>Harrisburg, PA 17101<br>(717) 364-1030<br><br>*Counsel for Plaintiffs CVS Caremark Corporation, Rite Aid Corporation, Rite Aid HDQTRS. Corp, JCG (PJC) USA, LLC, Eckerd Corporation and Maxi Drug, Inc. d/b/a Brooks Pharmacy* |

KENNY NACHWALTER, PA
Scott E. Perwin
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131
Tel: (305) 373-1000
Fax: (305) 372-1861

*Counsel for Walgreen Co., The Kroger Co., Safeway Inc., American Sales Company, Inc. and HEB Grocery Company, LP*

**CERTIFICATE PURSUANT TO FED. R. CIV. P. 37(a) and L.R. 26.1(f)**

I, Neill W. Clark, hereby certify that on February 4, 2011, I served Notice of Direct Purchaser Plaintiffs' Position With Respect to Defendant Cephalon. Inc.'s Motion to Compel Production of Document From Plaintiff Federal Trade Commission And the Motion of Third-Party Pharmaceutical Companies' for Protective Order on all parties via the CM/ECF system.

/s/ Neill W. Clark
Neill W. Clark