# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 2:08-cv-2141 |
| CEPHALON, INC., | : | |
| Defendant. | : | |

## DEFENDANT CEPHALON, INC.'S RESPONSE TO THIRD-PARTY PHARMACEUTICAL COMPANIES' MOTION TO INTERVENE

Defendant Cephalon, Inc. does not oppose the Third-Party Pharmaceutical Companies' ("Third Parties") Motion to Intervene in this action solely for purposes of moving for a protective order barring disclosure of their confidential information submitted to the Federal Trade Commission. Cephalon does, however, object to certain relief sought by the Third Parties as set forth more fully in Defendant Cephalon, Inc.'s Memorandum In Response To Third-Party Pharmaceutical Companies' Motion For Protective Order.

Respectfully submitted,

/s/ Nancy J. Gellman
Nancy J. Gellman
John A. Guernsey
CONRAD O'BRIEN PC
1515 Market Street, 16th Floor
Philadelphia, PA 19102-1921
T: 215-864-9600
F: 215-864-9620

Attorneys for Defendant Cephalon, Inc.

## CERTIFICATE OF SERVICE

I certify that on the date set forth below the foregoing Defendant Cephalon, Inc.'s Response To Third-Party Pharmaceutical Companies' Motion To Intervene was electronically filed pursuant to the Court's CM/ECF system, and that the document is available for downloading and viewing from the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the CM/ECF system. A copy was also sent by email to counsel for each of the Third-Party Pharmaceutical Companies.

/s/  Nancy J. Gellman

Date: February 4, 2011