APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FEDERAL TRADE COMMISSION : CIVIL ACTION
:
v. :
:
CEPHALON, INC. : NO. 2:08-CV-2141

## ORDER

AND NOW, this 3rd Day of February, 2011, it is hereby

ORDERED that the application of Seth C. Silber, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ GRANTED.

☐ DENIED.

_____ J.