APPENDIX X

## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FEDERAL TRADE COMMISSION         :     CIVIL ACTION
                                 :
          v.                     :
                                 :
CEPHALON, INC.                   :     NO.  2:08-CV-2141

---

<u>ORDER</u>

AND NOW, this ___3rd___ Day of __February__ , 2011 , it is hereby

ORDERED that the application of _Creighton J. Macy_____, Esquire, to practice in this

court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

　☒　 GRANTED.

　☐　 DENIED.