**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CEPHALON | : | No. 08-2141 |

**ORDER**

AND NOW, this 4th day of February, 2011, it is hereby ORDERED that:

1) All reply memoranda related to Defendant's Motion to Compel Product of Documents (Doc. 84), Third-Party Pharmaceutical Companies' Motion to Intervene (Doc. 87), and Third-Party Pharmaceutical Companies' Motion for Protective Order (Doc. 88), shall be docketed no later than **February 22, 2011**.

2) Oral argument on the motions listed above, if deemed necessary by the Court, will be held on **March 4, 2011 at 10:00 a.m.** in Courtroom 3I - Third Floor, 601 Market Street, Philadelphia, PA 19106.

BY THE COURT:

  /s/ L. Felipe Restrepo
L. Felipe Restrepo
United States Magistrate Judge