

UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

**Bureau of Competition**

Markus H. Meier
(202) 326-3759
mmeier@ftc.gov

Via ECF and Facsimile (267) 514-2444

February 7, 2011

The Honorable L. Felipe Restrepo
United States District Court
Eastern District of Pennsylvania
601 Market Street
Room 3038
Philadelphia, Pennsylvania 19106

Re: *Federal Trade Commission v. Cephalon, Inc.*, No. 08-2141 (MSG) (E.D. Pa.)

Dear Judge Restrepo:

  By order entered January 21, 2011, Judge Goldberg referred three pretrial motions to Your Honor for disposition: Defendant Cephalon, Inc's Motion To Compel Production of Documents from Plaintiff Federal Trade Commission (doc. no. 84); Third-Party Pharmaceutical Companies' Motion To Intervene (doc. no. 87); and Third-Party Pharmaceutical Companies' Motion for Protective Order (doc. no. 88).

  On February 4, 2011, Cephalon filed an additional submission (doc. no. 124), which seeks relief not requested in its initial motion to compel. Because this submission proposes relief that Cephalon did not set forth in its original motion, the Federal Trade Commission intends to file a response by February 22, 2011, in accordance with the court's scheduling order.

Sincerely,

*/s/ Markus Meier*
Markus H. Meier
Attorney for Plaintiff Federal Trade Commission

cc: Counsel (via ECF)