II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

  The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ___George S. Cary___ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Michael Lazerwitz | [signature] | 01/25/1993 | 43776 (Pa) |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Cleary Gottlieb Steen & Hamilton LLP

2000 Pennsylvania Avenue NW, Suite 9000, Washington, DC 20007

Telephone: (202) 974-1680

Sworn and subscribed before me this

___ Day of February, 2011

[signature]
Notary Public

**CHEYENNE K. CASHIN**
Notary Public, District of Columbia
My Commission Expires February 14, 2014

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Federal Trade Commission | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| Cephalon, Inc. | : | NO.   08-cv-02141-MSG |
| | : | |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of __George S. Cary__

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was mailed today with

postage prepaid to:

Bradley S. Albert, Federal Trade Commission, 601 New Jersey Avenue NW,

Washington, DC 20001; Mark A. Ford, Wilmer Cutler Pickering Hale & Dorr,

60 State Street, Boston, MA 02109.

_/s/ Signature of Attorney_

Michael R. Lazerwitz
Name of Attorney

GlaxoSmithKline plc
Name of Moving Party

02/01/2011
Date

APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| Federal Trade Commission | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| Cephalon, Inc. | : | NO. 08-cv-02141-MSG |

ORDER

AND NOW, this ____ Day of _____, 20__, it is hereby

ORDERED that the application of _George S. Cary_____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 08-cv-02141-MSG

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, __George S. Cary__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __159000__, for the $40.00 admission fee.

A.   *I state that I am currently admitted to practice in the following state jurisdictions:*

| California | 12/22/1976 | 73858 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| District of Columbia | 11/19/1979 | 285411 |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
|  |  |  |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.   *I state that I am currently admitted to practice in the following federal jurisdictions:*

| Northern District CA | 02/22/1976 | 73858 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| Central District CA | 03/16/1984 | 73858 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| Cont. in Attachment |  |  |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C.   *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for*   GlaxoSmithKline plc

(Applicant's Signature)

02/01/2011
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Cleary Gottlieb Steen & Hamilton LLP

2000 Pennsylvania Avenue NW, Suite 9000, Washington, DC 20006

Telephone: (202) 974-1920

Sworn and subscribed before me this

___ Day of February, 2011

Notary Public

**CHEYENNE K. CASHIN**
Notary Public, District of Columbia
My Commission Expires February 14, 2014

10/04

APPLICATION FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THE EASTERN DISTRICT OF PENNSYLVANIA
PURSUANT TO LOCAL RULES OF CIVIL PROCEDURE 83.5.2(b)

Additional Federal Jurisdictions in which George S. Cary is currently admitted to practice:

District Court for the District of Colorado, admitted: 09/17/2009

U.S. District Court for the District of Columbia, admitted 10/4/2010, Bar No: 285411

U.S. Court of Appeals for the Third Circuit, admitted 05/04/2007

U.S. Court of Appeals for the Ninth Circuit, admitted 12/03/1993