APPENDIX X

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Federal Trade Commission  :  CIVIL ACTION
:
v.  :
:
Cephalon, Inc.  :  NO. 2:08-CV-2141

**FILED**

FEB 09 2011

MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

## ORDER

AND NOW, this 7th Day of February, 2011, it is hereby

ORDERED that the application of Kathleen W. Bradish, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ GRANTED.

☐ DENIED.

_____ J.