APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Federal Trade Commission  :  CIVIL ACTION
:
v.  :
:
Cephalon, Inc.  :  NO. 08-cv-02141-MSG

ORDER

AND NOW, this 7th Day of February, 2011, it is hereby

ORDERED that the application of George S. Cary, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ GRANTED.

☐ DENIED.

_____ J.