APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| FEDERAL TRADE COMMISSION | : | CIVIL ACTION |
| --- | --- | --- |
| v. | : | |
| CEPHALON, INC. | : | NO. 2:08-cv-2141 |

FILED
FEB 17 2011
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

### ORDER

AND NOW, this 16th Day of February, 2011, it is hereby

ORDERED that the application of Phillip A. Proger, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ GRANTED.

☐ DENIED.

_____ J.