IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:08-cv-2141

## APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, __Paul Laurance Yde__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __10220__, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| Ohio | 11/04/1985 | 0030280 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| District of Columbia | 09/06/1996 | 449751 |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| US Court of Appeals | 04/24/2001 | 127896 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| US Dist. Ct. DC | 06/11/2009 | 449751 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| US Dist. Ct. Ohio | 11/04/1985 | **0030280** |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

I am entering my appearance for   Johnson & Johnson

_____
(Applicant's Signature)

02/09/11
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Freshfields Bruckhaus Deringer US LLP
701 Pennsylvania Avenue, NW, Suite 600
Washington, DC 20004-2692   T: (202) 777-4500

Sworn and subscribed before me this
9th Day of February, 2011
_____
Notary Public

Chrison Fraser
Notary Public, District of Columbia
My Commission Expires 8/31/2013

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ___Paul Laurance Yde___ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Richard E. Coe | *[signature]* | 04/07/2005 | 94539 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

DRINKER BIDDLE & REATH LLP, One Logan Sq., Suite 2000

Philadelphia, PA 19103

(215) 988-2700

Sworn and subscribed before me this

___ Day of _February_ ~~200~~ _2011_

_[signature]_
Notary Public

**COMMONWEALTH OF PENNSYLVANIA**
NOTARIAL SEAL
RENAY L. WANSER, Notary Public
City of Philadelphia, Phila. County
My Commission Expires July 6, 2014

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Federal Trade Commission | : | CIVIL ACTION |
| | : | |
| v. | : | |
| Cephalon, Inc. | : | |
| | : | NO.  2:08-cv-2141 |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of ___Paul Laurance Yde___

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was mailed today with postage prepaid to:

Bradley S. Albert, Federal Trade Commission, 601 New Jersey Ave. NW, Washngton, DC 20001

Mark A. Ford, Wilmer Cutler Pickering Hale & Dorr, 60 State Street, Boston, MA 02109

_____
Signature of Attorney

PAUL YDE
Name of Attorney

Johnson & Johnson
Name of Moving Party

02/09/11
Date

APPENDIX X

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Federal Trade Commission | : CIVIL ACTION |
| v. | : |
| Cephalon, Inc. | : |
| | : NO. 2:08-cv-2141 |

### ORDER

AND NOW, this _____ Day of _____, 20___, it is hereby

ORDERED that the application of <u>Paul Laurance Yde</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
J.