IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LOCAL UNION 1158 I.B.E.W. PENSON FUND-PA | : | CIVIL ACTION |
| vs. | : | |
| H.H. FLUORESCENT PARTS et al. | : | NO. 06-5171 . |

**FILED**
FEB 22 2011
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

**ORDER OF TRANSFER OUT OF CIVIL SUSPENSE FILE**

AND NOW, this 22nd day of February, 2011, it appearing to the court that the above entitled case should be transferred from the Civil Suspense File, it is

**ORDERED** that the Clerk of Court transfer said case from the Civil Suspense File to the current docket for final disposition; and

**FURTHER ORDERED** that this case is DISMISSED for lack of prosecution.

BY THE COURT:

_/s/ Harvey Bartle III_
HARVEY BARTLE III,     C.J.

Civ 15 (8/80)