IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION,<br>    Plaintiff, | : | No: 08-cv-2141 |
| v. | : | Civil Action |
| CEPHALON<br>    Defendant. | : | ELECTRONICALLY FILED |

**ENTRY OF APPEARANCE**

Kindly enter the appearance of the undersigned as counsel for Third Party Intervenor sanofi-aventis US LLC.

{L0436655.1}

                            Respectfully submitted,

                            ECKERT SEAMANS CHERIN & MELLOTT, LLC

                            s/Bridget E. Montgomery
                            Bridget E. Montgomery, Esquire
                            PA ID# 56105
                            213 Market Street, Eighth Floor
                            Harrisburg, PA 17101
                            Phone 717-237-6000
                            Fax 717-237-6019
                            bmontgomery@eckertseamans.com

Date: 02/23/11                   Attorneys for Third Party sanofi-aventis US LLC

{L0436655.1}

## CERTIFICATE OF SERVICE

I certify that I delivered a copy of the foregoing document upon the persons via U.S. First Class Mail, which service satisfies the requirements of the Federal Rules of Civil Procedure.

| | |
|---|---|
| Jeffrey I. Weinberger<br>MUNGER, TOLLES, & OLSON LLP<br>335 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone (213) 683-9100<br>Fax (213) 683-5127<br><br>*Counsel for Abbott Laboratories* | Michelle H. Seagull<br>AXINN VELTROP HARKRIDER LLP<br>90 State House Square<br>Hartford, CT 06103<br>Telephone (860) 275-8100<br>Fax (860) 275-8101<br><br>*Counsel for Actavis Group hf and Actavis*<br>*Counsel for URL Pharma, Inc.* |
| James S. Trainor, Jr.<br>WHITE & CASE LLP<br>1155 Avenue of the Americas<br>New York, NY 10036<br>Telephone (212) 819-8200<br>Fax (212) 354-8113<br><br>*Counsel for Almirall, S.A.* | William A. Rakoczy<br>RAKOCZY MOLINO MAZZOCHI SIWIK LLP<br>6 West Hubbard St., Suite 500<br>Chicago, IL 60654<br>Telephone (312) 222-6300<br>Fax (312) 222-6321<br><br>*Counsel for Anchen Pharmaceuticals, Inc.*<br>*Counsel for Lupin Limited and Lupin Pharmaceuticals, Inc.* |
| Phillip A. Proger<br>JONES DAY<br>51 Louisiana Ave. NW<br>Washington, DC 20001<br>Telephone (202) 879-3939<br>Fax (202) 626-1700 | Michael Sennett<br>Pamela L. Taylor<br>JONES DAY<br>77 West Wacker<br>Chicago, IL 60601<br>Telephone (312) 782-3939 |

{L0436655.1}

| | Fax (312) 782-8585 |
|---|---|
| *Counsel for Bayer Healthcare Pharmaceuticals Inc.* <br> *Counsel for Esai inc.* <br> *Counsel for King Pharmaceuticals* | *Counsel for Baxter Healthcare Corporation* <br> *Counsel for Ben Venue Laboratories, Inc.* <br> *Counsel for Boehringer Ingelheim Pharmaceuticals, Inc.* <br> *Counsel for Roxane Laboratories, Inc.* |
| Richard J. Stark <br> CRAVATH, SWAINE & MOORE LLP <br> 825 Eighth Avenue <br> New York, NY 10019 <br> Telephone (212) 474-1000 <br> Fax (212) 474-3700 <br><br> *Counsel for Bristol-Meyers Squibb Company* | George G. Gordon <br> DECHERT LLP <br> 2929 Arch Street <br> Philadelphia, PA 19104 <br> Telephone (215) 994-4000 <br> Fax (215) 994-2222 <br><br> *Counsel for Endo Pharmaceuticals Holdings Inc.* |
| Andrew J. Miller <br> BUDD LARNER P.C. <br> 150 John F. Kennedy Parkway <br> Short Hills, NJ 07078 <br> Telephone (973) 379-4800 <br> Fax (973) 379-7734 <br><br> *Counsel for Dr. Reddy's Laboratories Inc.* | Michael N. Sohn <br> DAVIS POLK & WARDWELL LLP <br> 901 15th St. NW <br> Washington, DC 20005 <br> Telephone (202) 962-7000 <br> Fax (202) 962-7111 <br><br> *Counsel for Forest Laboratories, Inc.* |
| Stephen B. Deutsch <br> Sarah Cooleybeck <br> James M. Flaherty, Jr. <br> FOLEY HOAG LLP <br> Seaport West <br> 155 Seaport Boulevard <br> Boston, MA 02210 <br> Telephone (617) 832-1000 <br> Fax (617) 832-7000 | George S. Cary <br> Kathleen W. Bradish <br> CLEARY GOTTLIEB STEIN & HAMILTON LLP <br> 2000 Pennsylvania Ave. NW <br> Washington, DC 20006 <br> Telephone (202) 974-1500 <br> Fax (202) 974-1999 <br><br> *Counsel for GlaxoSmithKline plc* |

| | |
|---|---|
| *Counsel for Fresenius Medical Care Holdings, Inc.* | |
| Kenneth A. Letzler<br>ARNOLD & PORTER LLP<br>555 12th Street NW<br>Washington, DC 20004<br>Telephone (202) 942-5000<br>Fax (202) 942-5999<br><br>*Counsel for Hoffmann-La Roche Inc.* | Seth Silber<br>Creighton J. Macy<br>WILSON SONSINI GOODRICH & ROSATI<br>1700 K St. NW<br>Washington, DC 2006<br>Telephone (202) 973-8800<br>Fax (202) 973-8899<br><br>*Counsel for Impax Laboratories, Inc.*<br>*Counsel for Wockhardt Limited*<br>*Counsel for Wockhardt USA LLC* |
| Paul Yde<br>Jan Rybnicek<br>FRESHFIELDS BRUCKHAUS DERINGER US LLP<br>701 Pennsylvania Ave. NW, Suite 600<br>Washington, DC 20004<br>Telephone (202) 777-4500<br>Fax (202) 777-4555<br><br>*Counsel for Johnson & Johnson* | J. Mark Gidley<br>Eric Grannon<br>Noah A. Brumfield<br>WHITE & CASE LLP<br>701 13th St. NW<br>Washington, DC 20005<br>Telephone (202) 626-3600<br>Fax (202) 626-9355<br><br>*Counsel for Paddock Laboratories, Inc.*<br>*Counsel for Sunovion Pharmaceuticals, Inc.,*<br>*Formerly Sepracor, Inc.* |
| Robert A. Milne<br>WHITE & CASE LLP<br>1155 Avenue of the Americas<br>New York, NY 10036<br>Telephone (212) 819-8200<br>Fax (212) 354-8113<br><br>*Counsel for Novartis Corp.*<br>*Counsel for Novartis Pharmaceuticals Corp.* | Michael F. Brockmeyer<br>FROMMER LAWRENCE & HAUG LLP<br>1667 K St. NW<br>Washington, DC 20006<br>Telephone (202) 292-1530<br>Fax (202) 292-1531<br><br>*Counsel for Par Pharmaceuticals, Inc.*<br>*Counsel for Shire LLC* |

{L0436655.1}

|  |  |
|---|---|
|  | *Counsel for Upsher-Smith Laboratories, Inc.* |
| Mark S. Popofsky<br>Michael S. McFalls<br>ROPES & GRAY LLP<br>One Metro Center<br>700 12th St. NW, Suite 900<br>Washington, DC 20005<br>Telephone (202) 508-4600<br>Fax (202) 508-4650<br><br>*Counsel for Pfizer Inc.* | Claudia R. Higgins<br>KAYE SCHOLER LLP<br>901 15th St. NW<br>Washington, DC 20005<br>Telephone (202) 682-3500<br>Fax (202) 682-3580<br><br>*Counsel for Purdue Pharma L.P.* |
| Robert A. Milne<br>WHITE & CASE LLP<br>1155 Avenue of the Americas<br>New York, NY 10036<br>Telephone (212) 819-8200<br>Fax (212) 354-8113<br><br>*Counsel for Sandoz Inc.* | Steven C. Sunshine<br>Maria Raptis<br>SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>1440 New York Ave. NW<br>Washington, DC 20005<br>Telephone (202) 371-7000<br>Fax (202) 393-5760<br><br>*Counsel for Watson Pharmaceuticals, Inc.* |
| Bradley S. Albert<br>Federal Trade Commission<br>600 Pennsylvania Ave. NW<br>Washington, DC 20580<br>1440 New York Ave. NW<br>Washington, DC 2005<br>Telephone (202) 326-3759<br>balbert@ftc.gov<br><br>*Counsel for Plaintiff Federal Trade Commission* | James C. Burling<br>Mark A. Ford<br>WILMER CUTLER PICKERTING HALE &<br>DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone (617) 526-6000<br>Fax (617) 526-5000<br>james.burling@wilmerhale.com<br>mark.ford@wilmerhale.com<br><br>*Counsel for Defendant Cephalon, Inc.* |

{L0436655.1}

{L0436655.1}

                              s/Bridget E. Montgomery
                              Bridget E. Montgomery, Esquire

Date: 02/23/11          Counsel for Third Party sanofi-aventis US LLC