APPENDIX X

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CEPHALON | : | |
| | : | NO. 08-cv-2141 |

## ORDER

AND NOW, this _____ Day of _____, 20___, it is hereby

ORDERED that the application of __Helene D. Jaffe__, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
                              J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 08-cv-2141

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, Helene D. Jaffe, the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| New York State Bar | 11/21/77 | 1540343 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| US Supreme Court | 03/28/83 | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| US District Court Eastern New York | 11/25/80 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| US District Court Southern New York | 11/25/80 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

US Court of Appeals
2nd Circuit 02/01/83
3rd Circuit 01/25/82
4th Circuit 05/17/08
8th Circuit 09/15/86

C. *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for* sanofi-aventis US LLC

(Applicant's Signature)

2-22-11
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Weil, Gotshal & Manges LLP 767 Fifth Avenue New York, NY 10153

212-310-8572

Sworn and subscribed before me this

22nd Day of Feb, 2011

Notary Public

Eileen Lechki
Notary Public, State of New York
No. 01LE4658068
Qualified in Queens County
Commission Expires April 30, 20 11

10/04

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

  The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Helene D. Jaffe to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Bridget Montgomery | [signature] | 05/05/97 | 56105 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Eckert Seamans Cherin & Mellott 213 Market Street, 8th Floor Harrisburg, PA 17101

717-237-6054

Sworn and subscribed before me this

23rd Day of Feb, 2011

[signature]
Notary Public

**COMMONWEALTH OF PENNSYLVANIA**
Notarial Seal
Jayne K. Brinkley, Notary Public
City of Harrisburg, Dauphin County
My Commission Expires July 20, 2014
Member, Pennsylvania Association of Notaries

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION | : | CIVIL ACTION |
| | : | |
| v. | : | |
| CEPHALON | : | |
| | : | NO. 08-cv-2141 |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of <u>Helene D. Jaffe</u>

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was mailed today with postage prepaid to:

<u>Please see attached</u>

_____
Signature of Attorney

Helene D. Jaffe
Name of Attorney

Bridget Montgomery
Name of Moving Party

2-22-11
Date

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FEDERAL TRADE COMMISSION,
    Plaintiff,

v.

CEPHALON, INC.,
    Defendant.

Civil Action No. 2:08-cv-2141

## HELENE D. JAFFE'S PRO HAC VICE PETITION CERTIFICATE OF SERVICE

| | |
|---|---|
| Jeffrey I. Weinberger<br>MUNGER, TOLLES, & OLSON LLP<br>335 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone (213) 683-9100<br>Fax (213) 683-5127<br><br>*Counsel for Abbott Laboratories* | Michelle H. Seagull<br>AXINN VELTROP HARKRIDER LLP<br>90 State House Square<br>Hartford, CT 06103<br>Telephone (860) 275-8100<br>Fax (860) 275-8101<br><br>*Counsel for Actavis Group hf and Actavis*<br>*Counsel for URL Pharma, Inc.* |
| James S. Trainor, Jr.<br>WHITE & CASE LLP<br>1155 Avenue of the Americas<br>New York, NY 10036<br>Telephone (212) 819-8200<br>Fax (212) 354-8113<br><br>*Counsel for Almirall, S.A.* | William A. Rakoczy<br>RAKOCZY MOLINO MAZZOCHI SIWIK LLP<br>6 West Hubbard St., Suite 500<br>Chicago, IL 60654<br>Telephone (312) 222-6300<br>Fax (312) 222-6321<br><br>*Counsel for Anchen Pharmaceuticals, Inc.*<br>*Counsel for Lupin Limited and Lupin Pharmaceuticals, Inc.* |
| Phillip A. Proger<br>JONES DAY<br>51 Louisiana Ave. NW<br>Washington, DC 20001<br>Telephone (202) 879-3939<br>Fax (202) 626-1700<br><br>*Counsel for Bayer Healthcare Pharmaceuticals Inc.*<br>*Counsel for Esai inc.*<br>*Counsel for King Pharmaceuticals* | Michael Sennett<br>Pamela L. Taylor<br>JONES DAY<br>77 West Wacker<br>Chicago, IL 60601<br>Telephone (312) 782-3939<br>Fax (312) 782-8585<br><br>*Counsel for Baxter Healthcare Corporation*<br>*Counsel for Ben Venue Laboratories, Inc.*<br>*Counsel for Boehringer Ingelheim* |

{L0436496.1}

|  | *Pharmaceuticals, Inc.*<br>*Counsel for Roxane Laboratories, Inc.* |
|---|---|
| Richard J. Stark<br>CRAVATH, SWAINE & MOORE LLP<br>825 Eighth Avenue<br>New York, NY 10019<br>Telephone (212) 474-1000<br>Fax (212) 474-3700<br><br>*Counsel for Bristol-Meyers Squibb Company* | George G. Gordon<br>DECHERT LLP<br>2929 Arch Street<br>Philadelphia, PA 19104<br>Telephone (215) 994-4000<br>Fax (215) 994-2222<br><br>*Counsel for Endo Pharmaceuticals Holdings Inc.* |
| Andrew J. Miller<br>BUDD LARNER P.C.<br>150 John F. Kennedy Parkway<br>Short Hills, NJ 07078<br>Telephone (973) 379-4800<br>Fax (973) 379-7734<br><br>*Counsel for Dr. Reddy's Laboratories Inc.* | Michael N. Sohn<br>DAVIS POLK & WARDWELL LLP<br>901 15th St. NW<br>Washington, DC 20005<br>Telephone (202) 962-7000<br>Fax (202) 962-7111<br><br>*Counsel for Forest Laboratories, Inc.* |
| Stephen B. Deutsch<br>Sarah Cooleybeck<br>James M. Flaherty, Jr.<br>FOLEY HOAG LLP<br>Seaport West<br>155 Seaport Boulevard<br>Boston, MA 02210<br>Telephone (617) 832-1000<br>Fax (617) 832-7000<br><br>*Counsel for Fresenius Medical Care Holdings, Inc.* | George S. Cary<br>Kathleen W. Bradish<br>CLEARY GOTTLIEB STEIN & HAMILTON LLP<br>2000 Pennsylvania Ave. NW<br>Washington, DC 20006<br>Telephone (202) 974-1500<br>Fax (202) 974-1999<br><br>*Counsel for GlaxoSmithKline plc* |
| Kenneth A. Letzler<br>ARNOLD & PORTER LLP<br>555 12th Street NW<br>Washington, DC 20004<br>Telephone (202) 942-5000<br>Fax (202) 942-5999<br><br>*Counsel for Hoffmann-La Roche Inc.* | Seth Silber<br>Creighton J. Macy<br>WILSON SONSINI GOODRICH & ROSATI<br>1700 K St. NW<br>Washington, DC 2006<br>Telephone (202) 973-8800<br>Fax (202) 973-8899<br><br>*Counsel for Impax Laboratories, Inc.*<br>*Counsel for Wockhardt Limited* |

{L0436496.1}

|  | *Counsel for Wockhardt USA LLC* |
|---|---|
| Paul Yde<br>Jan Rybnicek<br>FRESHFIELDS BRUCKHAUS DERINGER US LLP<br>701 Pennsylvania Ave. NW, Suite 600<br>Washington, DC 20004<br>Telephone (202) 777-4500<br>Fax (202) 777-4555<br><br>*Counsel for Johnson & Johnson* | J. Mark Gidley<br>Eric Grannon<br>Noah A. Brumfield<br>WHITE & CASE LLP<br>701 13th St. NW<br>Washington, DC 20005<br>Telephone (202) 626-3600<br>Fax (202) 626-9355<br><br>*Counsel for Paddock Laboratories, Inc.*<br>*Counsel for Sunovion Pharmaceuticals, Inc., Formerly Sepracor, Inc.* |
| Robert A. Milne<br>WHITE & CASE LLP<br>1155 Avenue of the Americas<br>New York, NY 10036<br>Telephone (212) 819-8200<br>Fax (212) 354-8113<br><br>*Counsel for Novartis Corp.*<br>*Counsel for Novartis Pharmaceuticals Corp.* | Michael F. Brockmeyer<br>FROMMER LAWRENCE & HAUG LLP<br>1667 K St. NW<br>Washington, DC 20006<br>Telephone (202) 292-1530<br>Fax (202) 292-1531<br><br>*Counsel for Par Pharmaceuticals, Inc.*<br>*Counsel for Shire LLC*<br>*Counsel for Upsher-Smith Laboratories, Inc.* |
| Mark S. Popofsky<br>Michael S. McFalls<br>ROPES & GRAY LLP<br>One Metro Center<br>700 12th St. NW, Suite 900<br>Washington, DC 20005<br>Telephone (202) 508-4600<br>Fax (202) 508-4650<br><br>*Counsel for Pfizer Inc.* | Claudia R. Higgins<br>KAYE SCHOLER LLP<br>901 15th St. NW<br>Washington, DC 20005<br>Telephone (202) 682-3500<br>Fax (202) 682-3580<br><br>*Counsel for Purdue Pharma L.P.* |
| Robert A. Milne<br>WHITE & CASE LLP<br>1155 Avenue of the Americas<br>New York, NY 10036<br>Telephone (212) 819-8200<br>Fax (212) 354-8113<br><br>*Counsel for Sandoz Inc.* | Steven C. Sunshine<br>Maria Raptis<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>1440 New York Ave. NW<br>Washington, DC 20005<br>Telephone (202) 371-7000<br>Fax (202) 393-5760 |

|  | *Counsel for Watson Pharmaceuticals, Inc.* |
|---|---|
| Bradley S. Albert<br>Federal Trade Commission<br>600 Pennsylvania Ave. NW<br>Washington, DC 20580<br>1440 New York Ave. NW<br>Washington, DC 2005<br>Telephone (202) 326-3759<br>balbert@ftc.gov<br><br>*Counsel for Plaintiff Federal Trade Commission* | James C. Burling<br>Mark A. Ford<br>WILMER CUTLER PICKERTING HALE &<br>DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone (617) 526-6000<br>Fax (617) 526-5000<br>james.burling@wilmerhale.com<br>mark.ford@wilmerhale.com<br><br>*Counsel for Defendant Cephalon, Inc.* |

{L0436496.1}