APPENDIX X

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FEDERAL TRADE COMMISSION : CIVIL ACTION
:
v. :
:
CEPHALON :
: NO. 08-cv-2141

## ORDER

AND NOW, this 23rd Day of February, 2011, it is hereby

ORDERED that the application of __Helene D. Jaffe__, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ GRANTED.

☐ DENIED.

_____ J.