IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:08-cv-2141 |
| ) | |
| CEPHALON, INC., ) | |
| ) | |
| Defendant. ) | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for Intervenors Astellas Pharma Inc., Astellas Pharma US, Inc., AstraZeneca PLC, and Merck Sharpe & Dome Corp. hereby certifies that:

1. Astellas Pharma Inc. does not have any parent corporation or publicly held corporation that owns 10% or more of its stock

2. Astellas Pharma US, Inc. is a wholly owned subsidiary of Astellas US Holding, Inc., which is in turn a wholly owned subsidiary of Astellas Pharma Inc.

3. AstraZeneca PLC does not have any parent corporation or publicly held corporation that owns 10% of more of its stock.

4. Merck Sharpe & Dohme Corp. is a wholly owned subsidiary of the entity formerly known as Schering Plough Corporation, which has been renamed Merck & Co., Inc.

Respectfully submitted,

    //s//    
Timothy C. Hester
Peter J. Martinez
COVINGTON & BURLING LLP
1201 Pennsylvania Ave. NW
Washington, DC  20004
(202) 662-6000 (Telephone)
(202) 778-6291 (Fax)

*Counsel for Astellas Pharma Inc. and*
*Astellas Pharma US, Inc.*
*Counsel for AstraZeneca PLC*
*Counsel for Merck Sharp & Dohme Corp.,*
*formerly Merck & Co., Inc.*

February 23, 2011

**CERTIFICATE OF SERVICE**

I hereby certify that, on the date set forth below, the foregoing Corporate Disclosure Statement was made available for downloading and viewing through the Court's CM/ECF system, and that notice of this filing was sent to all counsel of record through the CM/ECF system.

        //s//
        Peter J. Martinez

Date: February 23, 2011