IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KING DRUG COMPANY OF FLORENCE, INC., et al., <br>    Plaintiffs, <br><br> v. <br><br> CEPHALON, INC., et al., <br>    Defendants. | CIVIL ACTION <br><br><br> No. 2:06-cv-1797 |
| VISTA HEALTHPLAN, INC., et al., <br>    Plaintiffs, <br><br> v. <br><br> CEPHALON, INC., et al., <br>    Defendants. | CIVIL ACTION <br><br><br> No. 2:06-cv-1833 |
| APOTEX, INC., <br>    Plaintiff, <br><br> v. <br><br> CEPHALON, INC., et al., <br>    Defendants. | CIVIL ACTION <br><br><br> No. 2:06-cv-2768 |
| FEDERAL TRADE COMMISSION, <br>    Plaintiff, <br><br> v. <br><br> CEPHALON, INC., <br>    Defendant. | CIVIL ACTION <br><br><br> No. 2:08-cv-2141 |

## ORDER

**AND NOW**, this 10th day of March, 2011, in order to avoid unnecessary duplicate filings, it is hereby **ORDERED** that for all sealed motions and documents counsel shall file a redacted copy electronically via ECF. Counsel shall then send one unredacted copy to Chambers only. Counsel shall not send any hard copies to the Clerk of Court's office. Chambers will have the unredacted, sealed papers properly filed of record.

Counsel are also reminded that pursuant to the Court's August 4, 2010, Order in Civil Action number 2:06-cv-1797, motions and documents shall only be electronically filed in the case(s) to which they immediately relate. Additionally, the caption on any electronically filed motions or documents shall only reflect the caption of the case name and civil action number to which the documents immediately relate. All counsel in the four related cases receive electronic notification of all filings in any of the four cases, so it is unnecessary to file documents on multiple dockets simply to provide notice to other counsel.

BY THE COURT:

_/s/ Mitchell S. Goldberg_
Mitchell S. Goldberg, J.