IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FEDERAL TRADE COMMISSION,

   Plaintiff,

v.

CEPHALON, INC.,

   Defendant.

Civil Action No. 08-cv-2141 (MSG)

FILED

APR 08 2011

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

**NOTICE OF APPEARANCE**

TO THE CLERK:

  Kindly enter an appearance for Richard A. Feinstein on behalf of Plaintiff Federal Trade Commission in the above-reference matter.

Dated: April 7, 2011

               Respectfully Submitted,

               */s/ Richard A. Feinstein*
               Richard A. Feinstein
               Attorney for Plaintiff
               Federal Trade Commission
               600 Pennsylvania Avenue NW
               Washington, DC 20580
               Tel: (202) 326-3658
               Fax: (202) 326-2884

## CERTIFICATE OF SERVICE

I certify that on April 7, 2011, I caused Plaintiff Federal Trade Commission's Notice of Appearance for Richard A. Feinstein and a compact disc with an electronic version of the Notice of Appearance to be filed, by FedEx, with the Clerk of the Court. Copies of the Notice of Appearance were served on the following counsel via email:

| | |
|---|---|
| Mark A. Ford<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State Street<br>Boston, MA 02109<br>Tel: 617-526-6423<br>Fax: 617-526-5000<br>mark.ford@wilmerhale.com<br>*Discovery Counsel for Cephalon* | Nancy J. Gellman<br>Conrad O'Brien PC<br>1515 Market Street, 16th Floor<br>Philadelphia, PA 19102-1921<br>Tel: 215-864-8065<br>Fax: 215-864-0065<br>ngellman@conradobrien.com<br>*Discovery Counsel for Cephalon* |
| C. Fairley Spillman<br>Akin Gump Strauss Hauer & Feld LLP<br>1333 New Hampshire Ave., NW<br>Washington, DC 20036<br>Tel: 202-887-4409<br>Fax: 202-887-4288<br>fspillman@akingump.com<br>*Discovery Counsel for Mylan* | Katherine M. Katchen<br>Akin Gump Strauss Hauer & Feld LLP<br>2001 Market Street, Suite 4100<br>Philadelphia, PA 19103-7013<br>Tel: 215-965-1239<br>Fax: 215-965-1210<br>kkatchen@akingump.com<br>*Discovery Counsel for Mylan* |
| Karen N. Walker<br>Greg Skidmore<br>Kirkland & Ellis LLP<br>655 Fifteenth Street, NW<br>Washington, DC 20005<br>Tel: 202-879-5000<br>Fax: 202-879-5200<br>karen.walker@kirkland.com<br>greg.skidmore@kirkland.com<br>*Discovery Counsel for Barr* | Danielle R. Foley<br>Lisa J. Fales<br>Venable LLP<br>575 Seventh Street, NW<br>Washington, DC 20004<br>Tel: 202-344-4000<br>Fax: 202-344-8300<br>ljfales@venable.com<br>dfoley@venable.com<br>*Discovery Counsel for Ranbaxy* |
| Monica L. Rebuck<br>Hangley Aronchick Segal & Pudlin<br>30 North Third Street, Suite 700<br>Harrisburg, PA 17101<br>Tel: 717-364-1030<br>Fax: 717-364-1020<br>mrebuck@hangley.com<br>*Discovery Counsel for Direct Purchasers* | Joseph Opper<br>Garwin Gerstein & Fisher LLP<br>1501 Broadway, Suite 1416<br>New York, NY 10036<br>Tel: 212-398-0055<br>Fax: 212-764-6620<br>jopper@garwingerstein.com<br>*Discovery Counsel for Direct Purchasers* |

| | |
|---|---|
| Kevin B. Love<br>Criden & Love, P.A.<br>7301 SW 57th Court, Suite 515<br>South Miami, FL 33143<br>Tel: 305-357-9000<br>Fax: 305-357-9050<br>klove@cridenlove.com<br>*Discovery Counsel for End-Payors* | Theodore M. Lieverman<br>Spector Roseman Kodroff & Willis, P.C.<br>1818 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>Tel: 215-496-0300<br>Fax: 215-496-6611<br>tlieverman@srkw-law.com<br>*Discovery Counsel for End-Payors* |
| Howard I. Langer<br>Langer, Grogan & Diver P.C.<br>1717 Arch Street, Suite 4130<br>Philadelphia, PA 19103<br>Tel: 215-320-5660<br>Fax: 215-419-6546<br>hlanger@langergrogan.com<br>*Counsel for Apotex, Inc.* | Brian Sodikoff<br>Katten Muchin Rosenman LLP<br>525 W. Monroe Street<br>Chicago, Illinois 60661-3693<br>Tel: 312-902-5462<br>Fax: 312-902-1061<br>brian.sodikoff@kattenlaw.com<br>*Discovery Counsel for Apotex, Inc.* |
| Joseph Wolfson<br>Nathan A. Read<br>Stevens & Lee, P.C.<br>620 Freedom Business Center, Suite 200<br>King of Prussia, PA 19406<br>Tel: 610-205-6000<br>Fax: 610-337-4374<br>jwo@stevenslee.com<br>nar@stevenslee.com<br>*Discovery Counsel for Teva* | |

/s/ Timothy J. Slattery

Timothy J. Slattery
Federal Trade Commission
601 New Jersey Avenue, N.W.
Washington, DC 20580
Tel: (202) 326 3364
Fax: (202) 326 3384
tslattery@ftc.gov
*Counsel for Plaintiff
Federal Trade Commission*