IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:08-cv-2141

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, __Nicholas E.O. Gaglio__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __28118__, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| NY | 01/14/2002 | 4024592 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| SDNY | 04/01/2003 | NG3882 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for   Actavis Group, URL Pharma, Inc.

(Applicant's Signature)

04/12/2011
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Axinn Veltrop & Harkrider LLP
114 W. 47 Street, New York, NY 10036
Telephone: (212) 728-2200

Sworn and subscribed before me this
12th Day of April, 2011

Notary Public
NORMA J. TAYLOR
Notary Public, State of New York
No. 01TA6181270
Qualified in New York County
Commission Expires January 28, 2012

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ____Nicholas E.O. Gaglio____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Gail L. Gottehrer | [signature] | 08/03/1993 | 68319 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Axinn Veltrop & Harkrider LLP

90 State House Square, Hartford, CT 06103

Telephone: (860) 275-8100

Sworn and subscribed before me this

13th Day of April, ~~200~~ 2011

[signature]
Notary Public

TRACY S. MELODY
A NOTARY PUBLIC OF CONNECTICUT
MY COMMISSION EXPIRES SEPTEMBER 30, 2012

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION | CIVIL ACTION |
| v. | |
| CEPHALON, INC. | NO. 2:08-cv-2141 |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of **Nicholas E.O. Gaglio** Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was mailed today with postage prepaid to:

Bradley S. Albert, Federal Trade Commission, 601 New Jersey Avenue, NW, Washington, DC 20001; Mark A. Ford, Wilmer Cutler Pickering Hale & Dorr, 60 State Street, Boston, MA 02109

_____
Signature of Attorney

Gail L. Gottehrer
Name of Attorney

Actavis Group, URL Pharma, Inc.
Name of Moving Party

4/12/11
Date

APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION | : | CIVIL ACTION |
| v. | : | |
| CEPHALON, INC. | : | NO. 2:08-cv-2141 |

ORDER

AND NOW, this _____ Day of April _____, 2011, it is hereby

ORDERED that the application of Nicholas E.O. Gaglio, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
                                                     J.