IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| Plaintiff, | ) CIVIL ACTION |
| v. | ) No. 2:08-cv-2141 |
| CEPHALON, INC. | ) |
| Defendants. | ) |

FILED
APR 1  2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

**TO THE CLERK OF THE COURT AND ALL PARTIES:**

Please withdraw the appearance of Michelle H. Seagull of Axinn, Veltrop & Harkrider LLP, and substitute the appearance of Nicholas E.O. Gaglio of Axinn, Veltrop & Harkrider LLP, as counsel for Actavis Group and URL Pharma, Inc.

Respectfully submitted,

By: _/s/ Michelle Seagull_
Michelle H. Seagull
**AXINN, VELTROP & HARKRIDER LLP**
90 State House Square
Hartford, CT 06103
(860) 275-8100

DATED: April 13, 2011

## CERTIFICATE OF SERVICE

I certify that on April 13, 2011, a true and correct copy of the foregoing Notice of Withdrawal was sent via U.S. first-class mail, postage pre-paid, upon the following:

Bradley S. Albert
Federal Trade Commission
601 New Jersey Avenue, NW
Washington, DC 20001

Mark A. Ford
Wilmer Cutler Pickering Hale & Dorr
60 State Street
Boston, MA 02109

*Michelle Sayell*