UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

Bureau of Competition
601 New Jersey Ave. NW
Washington, DC 20001

July 15, 2011

Office of the Clerk of the Court
Eastern District of Pennsylvania
601 Market Street, Room 2609
Philadelphia, PA 19106-1797

Re: *Federal Trade Commission v. Cephalon, Inc.*, Case No. 08-cv-2141 (MSG) (E.D. Pa.)
Electronic Case Filing (ECF) Account Registration for Attorney for Plaintiff Federal Trade Commission

Dear Clerk of the Court:

Enclosed, please find Electronic Case Filing (ECF) Account Registration forms for Edward Hassi, Susan Mitchell, and Walter Brown, representing the United States Federal Trade Commission in this matter. Because there is no place on the account registration form to indicate our status as federal government attorneys, we have enclosed this note for clarity. Thank you very much.

Sincerely,

Timothy J. Slattery
Attorney for Plaintiff
Federal Trade Commission
(202) 326-3364
tslattery@ftc.gov

cc: Discovery Counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>CEPHALON, INC.,<br><br>    Defendant. | Civil Action No. 08-cv-2141 (MSG) |

## NOTICE OF APPEARANCE

TO THE CLERK:

  Kindly enter an appearance for Edward Hassi, Susan Mitchell, and Walter Brown on behalf of Plaintiff Federal Trade Commission in the above-reference matter.

Dated: July 15, 2011

                   Respectfully Submitted,

                   _____
                   Edward Hassi
                   Attorney for Plaintiff
                   Federal Trade Commission
                   600 Pennsylvania Avenue NW
                   Washington, DC 20580
                   Tel: (202) 326-2470
                   Fax: (202) 326-2884

_Susan Mitchell_
Susan Mitchell
Attorney for Plaintiff
Federal Trade Commission
1100 L Street N.W., Room 11116
Washington, DC 20005
Tel: (202) 616-8116
Fax: (202) 307-0345
Susan.Mitchell@usdoj.gov


_Walter W. Brown_
Walter Brown
Attorney for Plaintiff
Federal Trade Commission
1100 L Street N.W., Room 11116
Washington, DC 20005
Tel: (202) 307-0341
Fax: (202) 307-0345
Walter.Brown2@usdoj.gov

# CERTIFICATE OF SERVICE

I certify that on July 15, 2011, I caused Plaintiff Federal Trade Commission's Notice of Appearance for Edward Hassi, Susan Mitchell, and Walter Brown and a compact disc with an electronic version of the Notice of Appearance to be filed, by FedEx, with the Clerk of the Court. Copies of the Notice of Appearance were served on the following counsel via email:

| | |
|---|---|
| Mark A. Ford<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State Street<br>Boston, MA 02109<br>Tel: 617-526-6423<br>Fax: 617-526-5000<br>mark.ford@wilmerhale.com<br>*Discovery Counsel for Cephalon* | Nancy J. Gellman<br>Conrad O'Brien PC<br>1515 Market Street, 16th Floor<br>Philadelphia, PA 19102-1921<br>Tel: 215-864-8065<br>Fax: 215-864-0065<br>ngellman@conradobrien.com<br>*Discovery Counsel for Cephalon* |
| C. Fairley Spillman<br>Akin Gump Strauss Hauer & Feld LLP<br>1333 New Hampshire Ave., NW<br>Washington, DC 20036<br>Tel: 202-887-4409<br>Fax: 202-887-4288<br>fspillman@akingump.com<br>*Discovery Counsel for Mylan* | Katherine M. Katchen<br>Akin Gump Strauss Hauer & Feld LLP<br>2001 Market Street, Suite 4100<br>Philadelphia, PA 19103-7013<br>Tel: 215-965-1239<br>Fax: 215-965-1210<br>kkatchen@akingump.com<br>*Discovery Counsel for Mylan* |
| Karen N. Walker<br>Greg Skidmore<br>Kirkland & Ellis LLP<br>655 Fifteenth Street, NW<br>Washington, DC 20005<br>Tel: 202-879-5000<br>Fax: 202-879-5200<br>karen.walker@kirkland.com<br>greg.skidmore@kirkland.com<br>*Discovery Counsel for Barr* | Danielle R. Foley<br>Lisa J. Fales<br>Venable LLP<br>575 Seventh Street, NW<br>Washington, DC 20004<br>Tel: 202-344-4000<br>Fax: 202-344-8300<br>ljfales@venable.com<br>dfoley@venable.com<br>*Discovery Counsel for Ranbaxy* |
| Monica L. Rebuck<br>Hangley Aronchick Segal & Pudlin<br>30 North Third Street, Suite 700<br>Harrisburg, PA 17101<br>Tel: 717-364-1030<br>Fax: 717-364-1020<br>mrebuck@hangley.com<br>*Discovery Counsel for Direct Purchasers* | Joseph Opper<br>Garwin Gerstein & Fisher LLP<br>1501 Broadway, Suite 1416<br>New York, NY 10036<br>Tel: 212-398-0055<br>Fax: 212-764-6620<br>jopper@garwingerstein.com<br>*Discovery Counsel for Direct Purchasers* |

| | |
|---|---|
| Kevin B. Love<br>Criden & Love, P.A.<br>7301 SW 57th Court, Suite 515<br>South Miami, FL 33143<br>Tel: 305-357-9000<br>Fax: 305-357-9050<br>klove@cridenlove.com<br>*Discovery Counsel for End-Payors* | Theodore M. Lieverman<br>Spector Roseman Kodroff & Willis, P.C.<br>1818 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>Tel: 215-496-0300<br>Fax: 215-496-6611<br>tlieverman@srkw-law.com<br>*Discovery Counsel for End-Payors* |
| Howard I. Langer<br>Langer, Grogan & Diver P.C.<br>1717 Arch Street, Suite 4130<br>Philadelphia, PA 19103<br>Tel: 215-320-5660<br>Fax: 215-419-6546<br>hlanger@langergrogan.com<br>*Counsel for Apotex, Inc.* | Brian Sodikoff<br>Katten Muchin Rosenman LLP<br>525 W. Monroe Street<br>Chicago, Illinois 60661-3693<br>Tel: 312-902-5462<br>Fax: 312-902-1061<br>brian.sodikoff@kattenlaw.com<br>*Discovery Counsel for Apotex, Inc.* |
| Joseph Wolfson<br>Nathan A. Read<br>Stevens & Lee, P.C.<br>620 Freedom Business Center, Suite 200<br>King of Prussia, PA 19406<br>Tel: 610-205-6000<br>Fax: 610-337-4374<br>jwo@stevenslee.com<br>nar@stevenslee.com<br>*Discovery Counsel for Teva* | |

/s/ Timothy J. Slattery
Timothy J. Slattery
Federal Trade Commission
601 New Jersey Avenue, N.W.
Washington, DC 20580
Tel: (202) 326 3364
Fax: (202) 326 3384
tslattery@ftc.gov
*Counsel for Plaintiff*
*Federal Trade Commission*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

OFFICE OF THE CLERK OF COURT
ELECTRONIC CASE FILING (ECF)
ACCOUNT REGISTRATION FORM

This Electronic Case Filing (ECF) Account Registration Form shall be used to register for an account with the U.S.D.C. for the Eastern District of Pennsylvania's Electronic Case Filing (ECF) system. ECF Registered attorneys will have privileges to electronically submit documents in accordance with Local Civil Rule 5.1.2 and Local Criminal Rule 1.2.

(Please Print or Type. Fields Marked by an Asterisk * are Required.)

First Name*: Edward     Middle Name: David

Last Name*: Hassi     Generation (i.e., Sr., Jr.):

Firm*: Federal Trade Commission

Bar Id No.* and State*:     NY

Address*: 600 Pennsylvania Ave.

Address:

City*: Washington     State*: DC     Zip Code*: 20580

Telephone No.*: 202-326-2470     Fax No.:

E-mail Address*: EHassi@ftc.gov

Last 4 digits of your Social Security number* (to be used for the log-in code): 5339

Are you admitted to practice in the Eastern District of Pennsylvania?*
○ Yes  ● No

If yes, are you a member in good standing?*
○ Yes  ○ No

Are you admitted to practice pro hac vice in the Eastern District of Pennsylvania?*
○ Yes  ● No

Are you a registered ECF Filer in another U.S. District or Bankruptcy Court?*
● Yes  ○ No

If yes, please provide the district in which you are a registered ECF User and the log-in and password if you would like to have the same log-in and password.

District:     Log-in:     Password:

*By submitting this account registration form, the undersigned agrees/consents to the following:*

1. I have read and understood the provisions of Rule 5.1.2 of the Local Rules of Civil Procedure, "Electronic Case Filing," amended Rule 1.2 of the Local Rules of Criminal Procedure, "Applicability and Effect of Local Rules," and the court's ECF Procedures set forth in Rule 5.1.2, and I agree to abide by all provisions set forth therein.

2. I agree that the combination of the user log-in and password will serve as my signature for purposes of the Federal Rules of Civil and Criminal Procedure. I further agree to protect the security of my password and to immediately notify the clerk of court by telephone, with said notification confirmed immediately thereafter in writing delivered by e-mail, facsimile or handdelivery to the attention of the clerk of court, as soon as I learn that my password may have been compromised.

3. In accordance with the provisions of Rule 5(b)(2)(D) of the Federal Rules of Civil Procedure and Section 8 of the ECF Procedures, I agree that service may be given to me by electronic transmission and I consent to make electronic service of all documents.

4. I have read and understood the provisions of Rule 11 of the Federal Rules of Civil Procedure, particularly as referenced in Sections 9 and 10 of the ECF Procedures, and I agree to abide by the provisions set forth therein.

5. I agree to waive the provisions of Rule 77(d) of the Federal Rules of Civil Procedure and Rule 49(c) of the Federal Rules of Criminal Procedure, providing for service of notice by mail, and I consent that such notice may be served by electronic transmission in accordance with Section 14 of the ECF Procedures.

6. All transmissions for electronic case filings of pleadings and documents to the ECF system shall be titled in accordance with the approved directory of civil and criminal events of the ECF system in a case in which an attorney is counsel of record or on any document which is construed as an entry of appearance in accordance with Local Civil Rule 5.1.

I hereby certify that the above information is true and correct and I am a member in good standing of the United States District Court for the Eastern District of Pennsylvania.

Signature: _____     Date: July 14, 2011

Please return completed form by U.S. Mail to:     Michael E. Kunz
U.S. District Court
2609 U.S. Courthouse
601 Market Street

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

OFFICE OF THE CLERK OF COURT
ELECTRONIC CASE FILING (ECF)
ACCOUNT REGISTRATION FORM

This Electronic Case Filing (ECF) Account Registration Form shall be used to register for an account with the U.S.D.C. for the Eastern District of Pennsylvania's Electronic Case Filing (ECF) system. ECF Registered attorneys will have privileges to electronically submit documents in accordance with Local Civil Rule 5.1.2 and Local Criminal Rule 1.2.

(Please Print or Type. Fields Marked by an Asterisk * are Required.)

First Name*: Susan    Middle Name: Layne Christenberry

Last Name*: Mitchell    Generation (i.e., Sr., Jr.):

Firm*: United States Department of Justice

Bar Id No.* and State*: 014790    TN

Address*: 1100 L Street, N.W., Room 11124

Address:

City*: Washington    State*: DC    Zip Code*: 20005

Telephone No.*: 202-616-8116    Fax No.:

E-mail Address*: susan.mitchell@usdoj.gov

Last 4 digits of your Social Security number* (to be used for the log-in code): 4261

Are you admitted to practice in the Eastern District of Pennsylvania?*
○ Yes  ● No

If yes, are you a member in good standing?*
○ Yes  ○ No

Are you admitted to practice pro hac vice in the Eastern District of Pennsylvania?*
○ Yes  ● No

Are you a registered ECF Filer in another U.S. District or Bankruptcy Court?*
● Yes  ○ No

If yes, please provide the district in which you are a registered ECF User and the log-in and password if you would like to have the same log-in and password.

District: DCD    Log-in: mitchells4261    Password: gynuhbaw

*By submitting this account registration form, the undersigned agrees/consents to the following:*

1. I have read and understood the provisions of Rule 5.1.2 of the Local Rules of Civil Procedure, "Electronic Case Filing," amended Rule 1.2 of the Local Rules of Criminal Procedure, "Applicability and Effect of Local Rules," and the court's ECF Procedures set forth in Rule 5.1.2, and I agree to abide by all provisions set forth therein.

2. I agree that the combination of the user log-in and password will serve as my signature for purposes of the Federal Rules of Civil and Criminal Procedure. I further agree to protect the security of my password and to immediately notify the clerk of court by telephone, with said notification confirmed immediately thereafter in writing delivered by e-mail, facsimile or handdelivery to the attention of the clerk of court, as soon as I learn that my password may have been compromised.

3. In accordance with the provisions of Rule 5(b)(2)(D) of the Federal Rules of Civil Procedure and Section 8 of the ECF Procedures, I agree that service may be given to me by electronic transmission and I consent to make electronic service of all documents.

4. I have read and understood the provisions of Rule 11 of the Federal Rules of Civil Procedure, particularly as referenced in Sections 9 and 10 of the ECF Procedures, and I agree to abide by the provisions set forth therein.

5. I agree to waive the provisions of Rule 77(d) of the Federal Rules of Civil Procedure and Rule 49(c) of the Federal Rules of Criminal Procedure, providing for service of notice by mail, and I consent that such notice may be served by electronic transmission in accordance with Section 14 of the ECF Procedures.

6. All transmissions for electronic case filings of pleadings and documents to the ECF system shall be titled in accordance with the approved directory of civil and criminal events of the ECF system in a case in which an attorney is counsel of record or on any document which is construed as an entry of appearance in accordance with Local Civil Rule 5.1.

I hereby certify that the above information is true and correct and I am a member in good standing of the United States District Court for the Eastern District of Pennsylvania.

Signature: *Susan L. C. Mitchell*    Date: July 15, 2011

Please return completed form by U.S. Mail to:    Michael E. Kunz
U.S. District Court
2609 U.S. Courthouse
601 Market Street

Philadelphia, PA 19106-1797
ATTN: ECF

You will be notified of your user log-in and password by electronic mail. If you have any questions on the ECF registration process or the use of the electronic filing system, you may contact the Electronic Filing Information Center toll-free at 1-866-ECF-4ECF.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
OFFICE OF THE CLERK OF COURT
ELECTRONIC CASE FILING (ECF)
NOTIFICATION OF CASE ACTIVITY REQUEST FORM

As a registered Electronic Case Filing User, I am requesting that the following e-mail address(es) receive electronic notification of case activity on any case in which I have entered my appearance. I understand that the e-mail address(es) listed below will receive the electronic notification of case activity, in addition to the e-mail address that I listed on my ECF Registration Form.

(Please Print or Type the E-mail Address(es).)

E-mail Address (es): (Maximum of 3)    C-IP.ECF@usdoj.gov

Attorney Name: Susan L. C. Mitchell

Attorney Signature: _Susan LC Mitchell_

Telephone No.: 202-616-8116          Date: July 15, 2011

If there are any future changes to the information listed above, an amended *Notification of Case Activity Request Form* must be submitted. If more than 3 e-mail addresses are required, please submit a request to the Clerk of Court.

Please return this completed form to: Michael E. Kunz, Clerk of Court, 601 Market Street, Room 2609, Philadelphia, PA 19106-1797, ATTN: ECF or FAX (215) 597-6390.

[ Submit Form ]   [ Clear Form ]

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

OFFICE OF THE CLERK OF COURT
ELECTRONIC CASE FILING (ECF)
ACCOUNT REGISTRATION FORM

This Electronic Case Filing (ECF) Account Registration Form shall be used to register for an account with the U.S.D.C. for the Eastern District of Pennsylvania's Electronic Case Filing (ECF) system. ECF Registered attorneys will have privileges to electronically submit documents in accordance with Local Civil Rule 5.1.2 and Local Criminal Rule 1.2.

(Please Print or Type. Fields Marked by an Asterisk * are Required.)

First Name*: Walter       Middle Name: Wayne

Last Name*: Brown         Generation (i.e., Sr., Jr.):

Firm*: Department of Justice

Bar Id No.* and State*: 463990    DC

Address*: 1100 L Street, N.W.

Address: Room 11128

City*: Washington       State*: DC    Zip Code*: 20005

Telephone No.*: 2023070341    Fax No.: 2023070345

E-mail Address*: walter.brown2@usdoj.gov

Last 4 digits of your Social Security number* (to be used for the log-in code): 1018

Are you admitted to practice in the Eastern District of Pennsylvania?*
○ Yes  ● No

If yes, are you a member in good standing?*
○ Yes  ● No

Are you admitted to practice pro hac vice in the Eastern District of Pennsylvania?*
○ Yes  ● No

Are you a registered ECF Filer in another U.S. District or Bankruptcy Court?*
● Yes  ○ No

If yes, please provide the district in which you are a registered ECF User and the log-in and password if you would like to have the same log-in and password.

District: DCD       Log-in: brownw1018       Password: mimehsem

By submitting this account registration form, the undersigned agrees/consents to the following:

1. I have read and understood the provisions of Rule 5.1.2 of the Local Rules of Civil Procedure, "Electronic Case Filing," amended Rule 1.2 of the Local Rules of Criminal Procedure, "Applicability and Effect of Local Rules," and the court's ECF Procedures set forth in Rule 5.1.2, and I agree to abide by all provisions set forth therein.

2. I agree that the combination of the user log-in and password will serve as my signature for purposes of the Federal Rules of Civil and Criminal Procedure. I further agree to protect the security of my password and to immediately notify the clerk of court by telephone, with said notification confirmed immediately thereafter in writing delivered by e-mail, facsimile or handdelivery to the attention of the clerk of court, as soon as I learn that my password may have been compromised.

3. In accordance with the provisions of Rule 5(b)(2)(D) of the Federal Rules of Civil Procedure and Section 8 of the ECF Procedures, I agree that service may be given to me by electronic transmission and I consent to make electronic service of all documents.

4. I have read and understood the provisions of Rule 11 of the Federal Rules of Civil Procedure, particularly as referenced in Sections 9 and 10 of the ECF Procedures, and I agree to abide by the provisions set forth therein.

5. I agree to waive the provisions of Rule 77(d) of the Federal Rules of Civil Procedure and Rule 49(c) of the Federal Rules of Criminal Procedure, providing for service of notice by mail, and I consent that such notice may be served by electronic transmission in accordance with Section 14 of the ECF Procedures.

6. All transmissions for electronic case filings of pleadings and documents to the ECF system shall be titled in accordance with the approved directory of civil and criminal events of the ECF system in a case in which an attorney is counsel of record or on any document which is construed as an entry of appearance in accordance with Local Civil Rule 5.1.

I hereby certify that the above information is true and correct and I am a member in good standing of the United States District Court for the Eastern District of Pennsylvania.

Signature: _____       Date: July 14, 2011

Please return completed form by U.S. Mail to:    Michael E. Kunz
                                                  U.S. District Court
                                                  2609 U.S. Courthouse
                                                  601 Market Street

Philadelphia, PA 19106-1797
ATTN: ECF

You will be notified of your user log-in and password by electronic mail. If you have any questions on the ECF registration process or the use of the electronic filing system, you may contact the Electronic Filing Information Center toll-free at 1-866-ECF-4ECF.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
OFFICE OF THE CLERK OF COURT
ELECTRONIC CASE FILING (ECF)
NOTIFICATION OF CASE ACTIVITY REQUEST FORM

As a registered Electronic Case Filing User, I am requesting that the following e-mail address(es) receive electronic notification of case activity on any case in which I have entered my appearance. I understand that the e-mail address(es) listed below will receive the electronic notification of case activity, in addition to the e-mail address that I listed on my ECF Registration Form.

(Please Print or Type the E-mail Address(es).)

E-mail Address(es):
(Maximum of 3)

Attorney Name:

Attorney Signature: _____

Telephone No.:                                    Date: July 14, 2011

If there are any future changes to the information listed above, an amended *Notification of Case Activity Request Form* must be submitted. If more than 3 e-mail addresses are required, please submit a request to the Clerk of Court.

Please return this completed form to: Michael E. Kunz, Clerk of Court, 601 Market Street, Room 2609, Philadelphia, PA 19106-1797, ATTN: ECF or FAX (215) 597-6390.

[ Submit Form ]  [ Clear Form ]