

UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

**Bureau of Competition**
**601 New Jersey Ave. NW**
**Washington, DC 20001**

July 26, 2011

Office of the Clerk of the Court
Eastern District of Pennsylvania
601 Market Street, Room 2609
Philadelphia, PA 19106-1797

Re:   *Federal Trade Commission v. Cephalon, Inc.*, Case No. 08-cv-2141 (MSG) (E.D. Pa.)
      Electronic Case Filing (ECF) Account Registration for Attorney for Plaintiff Federal
      Trade Commission

Dear Clerk of the Court:

Enclosed, please find Electronic Case Filing (ECF) Account Registration forms for Mark Woodward, representing the United States Federal Trade Commission in this matter. Because there is no place on the account registration form to indicate our status as federal government attorneys, we have enclosed this note for clarity. Thank you very much.

Sincerely,

Timothy J. Slattery
Attorney for Plaintiff
Federal Trade Commission
(202) 326-3364
tslattery@ftc.gov

cc:   Discovery Counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>   Plaintiff,<br><br>  v.<br><br>CEPHALON, INC.,<br><br>   Defendant. | Civil Action No. 08-cv-2141 (MSG) |

**NOTICE OF APPEARANCE**

TO THE CLERK:

  Kindly enter my appearance on behalf of Plaintiff Federal Trade Commission in the above-referenced matter.

Dated: July 26, 2011

                 Respectfully Submitted,

                 _____
                 Mark Woodward
                 Attorney for Plaintiff
                 Federal Trade Commission
                 601 New Jersey Avenue, N.W.
                 Washington, DC 20580
                 Tel: (202) 326-2754
                 Fax: (202) 326-2884

## CERTIFICATE OF SERVICE

I certify that on July 26, 2011, I caused Plaintiff Federal Trade Commission's Notice of Appearance for Mark Woodward and a compact disc with an electronic version of the Notice of Appearance to be filed, by FedEx, with the Clerk of the Court. Copies of the Notice of Appearance were served on the following counsel via email:

| | |
|---|---|
| Mark A. Ford<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State Street<br>Boston, MA 02109<br>Tel: 617-526-6423<br>Fax: 617-526-5000<br>mark.ford@wilmerhale.com<br>*Discovery Counsel for Cephalon* | Nancy J. Gellman<br>Conrad O'Brien PC<br>1515 Market Street, 16th Floor<br>Philadelphia, PA 19102-1921<br>Tel: 215-864-8065<br>Fax: 215-864-0065<br>ngellman@conradobrien.com<br>*Discovery Counsel for Cephalon* |
| C. Fairley Spillman<br>Akin Gump Strauss Hauer & Feld LLP<br>1333 New Hampshire Ave., NW<br>Washington, DC 20036<br>Tel: 202-887-4409<br>Fax: 202-887-4288<br>fspillman@akingump.com<br>*Discovery Counsel for Mylan* | Katherine M. Katchen<br>Akin Gump Strauss Hauer & Feld LLP<br>2001 Market Street, Suite 4100<br>Philadelphia, PA 19103-7013<br>Tel: 215-965-1239<br>Fax: 215-965-1210<br>kkatchen@akingump.com<br>*Discovery Counsel for Mylan* |
| Karen N. Walker<br>Greg Skidmore<br>Kirkland & Ellis LLP<br>655 Fifteenth Street, NW<br>Washington, DC 20005<br>Tel: 202-879-5000<br>Fax: 202-879-5200<br>karen.walker@kirkland.com<br>greg.skidmore@kirkland.com<br>*Discovery Counsel for Barr* | Danielle R. Foley<br>Lisa J. Fales<br>Venable LLP<br>575 Seventh Street, NW<br>Washington, DC 20004<br>Tel: 202-344-4000<br>Fax: 202-344-8300<br>ljfales@venable.com<br>dfoley@venable.com<br>*Discovery Counsel for Ranbaxy* |
| Monica L. Rebuck<br>Hangley Aronchick Segal & Pudlin<br>30 North Third Street, Suite 700<br>Harrisburg, PA 17101<br>Tel: 717-364-1030<br>Fax: 717-364-1020<br>mrebuck@hangley.com<br>*Discovery Counsel for Direct Purchasers* | Joseph Opper<br>Garwin Gerstein & Fisher LLP<br>1501 Broadway, Suite 1416<br>New York, NY 10036<br>Tel: 212-398-0055<br>Fax: 212-764-6620<br>jopper@garwingerstein.com<br>*Discovery Counsel for Direct Purchasers* |

| | |
|---|---|
| Kevin B. Love<br>Criden & Love, P.A.<br>7301 SW 57th Court, Suite 515<br>South Miami, FL 33143<br>Tel: 305-357-9000<br>Fax: 305-357-9050<br>klove@cridenlove.com<br>*Discovery Counsel for End-Payors* | Theodore M. Lieverman<br>Spector Roseman Kodroff & Willis, P.C.<br>1818 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>Tel: 215-496-0300<br>Fax: 215-496-6611<br>tlieverman@srkw-law.com<br>*Discovery Counsel for End-Payors* |
| Howard I. Langer<br>Langer, Grogan & Diver P.C.<br>1717 Arch Street, Suite 4130<br>Philadelphia, PA 19103<br>Tel: 215-320-5660<br>Fax: 215-419-6546<br>hlanger@langergrogan.com<br>*Counsel for Apotex, Inc.* | Brian Sodikoff<br>Katten Muchin Rosenman LLP<br>525 W. Monroe Street<br>Chicago, Illinois 60661-3693<br>Tel: 312-902-5462<br>Fax: 312-902-1061<br>brian.sodikoff@kattenlaw.com<br>*Discovery Counsel for Apotex, Inc.* |
| Joseph Wolfson<br>Nathan A. Read<br>Stevens & Lee, P.C.<br>620 Freedom Business Center, Suite 200<br>King of Prussia, PA 19406<br>Tel: 610-205-6000<br>Fax: 610-337-4374<br>jwo@stevenslee.com<br>nar@stevenslee.com<br>*Discovery Counsel for Teva* | |

/s/ Timothy J. Slattery
Timothy J. Slattery
Federal Trade Commission
601 New Jersey Avenue, N.W.
Washington, DC 20580
Tel: (202) 326 3364
Fax: (202) 326 3384
tslattery@ftc.gov
*Counsel for Plaintiff*
*Federal Trade Commission*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

OFFICE OF THE CLERK OF COURT
ELECTRONIC CASE FILING (ECF)
ACCOUNT REGISTRATION FORM

This Electronic Case Filing (ECF) Account Registration Form shall be used to register for an account with the U.S.D.C. for the Eastern District of Pennsylvania's Electronic Case Filing (ECF) system. ECF Registered attorneys will have privileges to electronically submit documents in accordance with Local Civil Rule 5.1.2 and Local Criminal Rule 1.2.

**(Please Print or Type. Fields Marked by an Asterisk * are Required.)**

First Name*: Mark    Middle Name: J.

Last Name*: Woodward    Generation (i.e., Sr., Jr.):

Firm*: Federal Trade Commission

Bar Id No.* and State*: 479537    DC

Address*: 601 New Jersey Ave. NW

Address:

City*: Washington    State*: DC    Zip Code*: 20001

Telephone No.*: 202-326-2754    Fax No.:

E-mail Address*: mwoodward@ftc.gov

Last 4 digits of your Social Security number* (to be used for the log-in code): 3583

Are you admitted to practice in the Eastern District of Pennsylvania?*
○ Yes  ● No

If yes, are you a member in good standing?*
○ Yes  ○ No

Are you admitted to practice pro hac vice in the Eastern District of Pennsylvania?*
○ Yes  ● No

Are you a registered ECF Filer in another U.S. District or Bankruptcy Court?*
○ Yes  ● No

If yes, please provide the district in which you are a registered ECF User and the log-in and password if you would like to have the same log-in and password.

District:    Log-in:    Password:

*By submitting this account registration form, the undersigned agrees/consents to the following:*

1. I have read and understood the provisions of Rule 5.1.2 of the Local Rules of Civil Procedure, "Electronic Case Filing," amended Rule 1.2 of the Local Rules of Criminal Procedure, "Applicability and Effect of Local Rules," and the court's ECF Procedures set forth in Rule 5.1.2, and I agree to abide by all provisions set forth therein.

2. I agree that the combination of the user log-in and password will serve as my signature for purposes of the Federal Rules of Civil and Criminal Procedure. I further agree to protect the security of my password and to immediately notify the clerk of court by telephone, with said notification confirmed immediately thereafter in writing delivered by e-mail, facsimile or handdelivery to the attention of the clerk of court, as soon as I learn that my password may have been compromised.

3. In accordance with the provisions of Rule 5(b)(2)(D) of the Federal Rules of Civil Procedure and Section 8 of the ECF Procedures, I agree that service may be given to me by electronic transmission and I consent to make electronic service of all documents.

4. I have read and understood the provisions of Rule 11 of the Federal Rules of Civil Procedure, particularly as referenced in Sections 9 and 10 of the ECF Procedures, and I agree to abide by the provisions set forth therein.

5. I agree to waive the provisions of Rule 77(d) of the Federal Rules of Civil Procedure and Rule 49(c) of the Federal Rules of Criminal Procedure, providing for service of notice by mail, and I consent that such notice may be served by electronic transmission in accordance with Section 14 of the ECF Procedures.

6. All transmissions for electronic case filings of pleadings and documents to the ECF system shall be titled in accordance with the approved directory of civil and criminal events of the ECF system in a case in which an attorney is counsel of record or on any document which is construed as an entry of appearance in accordance with Local Civil Rule 5.1.

I hereby certify that the above information is true and correct and I am a member in good standing of the United States District Court for the Eastern District of Pennsylvania.

Signature: _/s/ M. Woodward_    Date: July 26, 2011

Please return completed form by U.S. Mail to:    Michael E. Kunz
U.S. District Court
2609 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797
ATTN: ECF

You will be notified of your user log-in and password by electronic mail. If you have any questions on the ECF registration process

or the use of the electronic filing system, you may contact the Electronic Filing Information Center toll-free at 1-866-ECF-4ECF.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
OFFICE OF THE CLERK OF COURT
ELECTRONIC CASE FILING (ECF)
NOTIFICATION OF CASE ACTIVITY REQUEST FORM

As a registered Electronic Case Filing User, I am requesting that the following e-mail address(es) receive electronic notification of case activity on any case in which I have entered my appearance. I understand that the e-mail address(es) listed below will receive the electronic notification of case activity, in addition to the e-mail address that I listed on my ECF Registration Form.

(Please Print or Type the E-mail Address(es).)

E-mail Address (es):
(Maximum of 3)

mwoodward@ftc.gov

Attorney Name: Mark J. Woodward

Attorney Signature: *Mark J. Woodward*

Telephone No.: 202-326-2754        Date: July 26, 2011

If there are any future changes to the information listed above, an amended *Notification of Case Activity Request Form* must be submitted. If more than 3 e-mail addresses are required, please submit a request to the Clerk of Court.

Please return this completed form to: Michael E. Kunz, Clerk of Court, 601 Market Street, Room 2609, Philadelphia, PA 19106-1797, ATTN: ECF or FAX (215) 597-6390.

[ Submit Form ]   [ Clear Form ]