### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br>v.<br><br>CEPHALON, INC.,<br><br>Defendant. | CIVIL ACTION<br><br>No. 2:08-cv-2141 |

## ORDER

AND NOW, this _____ day of _____, 2011, it is hereby ORDERED that the application of Emily R. Whelan, Esquire, to practice in this Court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

_____ GRANTED.

_____ DENIED.

 

_____
Mitchell S. Goldberg, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

08-CV-2141
06-CV-1797
06-CV-1833
Civil Action No# 06-CV-2768

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, __Emily R. Whelan__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __349408__, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| MA | 1/19/01 | 646982 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| D. Mass. | 2/26/03 | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for     Cephalon, Inc.

_____
(Applicant's Signature)

7/26/11
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Wilmer Hale
60 State St., Boston, MA 02109
617-526-6567

Sworn and subscribed before me this
26 Day of July, 2011

_____
Notary Public

VALERIE A. McNAMARA
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
April 20, 2018

10/04

II.  SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Emily R. Whelan to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good.  I certify that this application form was on this date served by ECF to all interested counsel.

| Nancy J. Gellman | N. J. G. (signature) | 12/28/71 | 12472 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission Date | Attorney ID. No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Nancy J. Gellman, Esquire
Conrad O'Brien PC
1515 Market Street, 16th Floor
Philadelphia, PA 19102

Sworn and subscribed before me this
29th day of July, 2011

_Sherrill E. Arrington_ (signature)
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
SHERRILL E. ARRINGTON, Notary Public
City of Philadelphia, Phila. County
My Commission Expires September 24, 2011

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, :<br><br>Plaintiff, :<br><br>v. :<br><br>CEPHALON, INC., :<br><br>Defendant. : | CIVIL ACTION<br><br>No. 2:08-cv-2141 |

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a copy of the application of Emily R. Whelan, Esquire, to practice in this Court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this Court was electronically filed pursuant to the Court's electronic court filing system, and that the documents are available for downloading and viewing from the electronic court filing system.

_____
Signature of Attorney

Nancy J. Gellman
Name of Attorney

Cephalon, Inc.
Name of Moving Party

August 1, 2011
Date