IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| v. | : | No. 2:08-cv-2141 |
| | : | |
| CEPHALON, INC., | : | |
| | : | |
| Defendant. | : | |

FILED
AUG 02 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this __1st__ day of __August__, 2011, it is hereby ORDERED that the application of Emily R. Whelan, Esquire, to practice in this Court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

__X__ GRANTED.

____ DENIED.

_____
Mitchell S. Goldberg, J.