# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KING DRUG COMPANY OF FLORENCE, INC., et al.,<br>　　　　Plaintiffs,<br><br>　　v.<br><br>CEPHALON, INC., et al.,<br>　　　　Defendants. | CIVIL ACTION<br><br><br>No. 2:06-cv-1797 |
| VISTA HEALTHPLAN, INC., et al.,<br>　　　　Plaintiffs,<br><br>　　v.<br><br>CEPHALON, INC., et al.,<br>　　　　Defendants. | CIVIL ACTION<br><br><br>No. 2:06-cv-1833 |
| APOTEX, INC.,<br>　　　　Plaintiff,<br><br>　　v.<br><br>CEPHALON, INC., et al.,<br>　　　　Defendants. | CIVIL ACTION<br><br><br>No. 2:06-cv-2768 |
| FEDERAL TRADE COMMISSION,<br>　　　　Plaintiff,<br><br>　　v.<br><br>CEPHALON, INC.,<br>　　　　Defendant. | CIVIL ACTION<br><br><br>No. 2:08-cv-2141 |

# ORDER

**AND NOW**, this 13th day of March, 2014, upon consideration of the Direct Purchaser Class Plaintiffs' Motion for Partial Summary Judgment on the Patent Issues (06-1797, doc. no. 518), the End Payor Class Plaintiffs' Motion for Partial Summary Judgment (06-1833, doc. no. 233), and Apotex's Motion for Partial Summary Judgment as to Antitrust Liability and Monopoly Power (06-2768, doc. no. 601), Cephalon and the Generic Defendants' responses thereto, and the replies, and for the reasons detailed in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

- The Direct Purchasers' motion is **GRANTED IN PART**, as outlined in the opinion.
- The End Payors' motion is **GRANTED IN PART**, as outlined in the opinion.
- Apotex's motion is **GRANTED IN PART**, as outlined in the opinion. The monopoly power portion of Apotex's motion will be resolved separately.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**Mitchell S. Goldberg, J.**