IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | CIVIL ACTION |
| *Plaintiff*, | No. 2:08-cv-2141 |
| v. | |
| CEPHALON, INC., | |
| *Defendant*. | |

**Notice of Filing Under Seal of Plaintiff Federal Trade Commission's Memorandum in Support of Its Motion to Exclude Opinions of Cephalon's Ten Patent Experts, Along with Accompanying Documents**

In accordance with Paragraph 12 of the Amended Stipulated Protective Order, Plaintiff Federal Trade Commission hereby serves notice of the filing under seal of its Memorandum in Support of Its Motion to Exclude Opinions of Cephalon's Ten Patent Experts, along with accompanying exhibits. A redacted version of the Memorandum in Support has been filed via ECF. Unredacted versions of these documents are being served today upon counsel for the parties via electronic mail, and a paper copy will be sent on April 4, 2014, via overnight delivery to Judge Goldberg's Chambers in accordance with the Court's March 10, 2011 Order.

Respectfully submitted,

*/s/ Markus H. Meier*
Markus H. Meier
Federal Trade Commission
601 New Jersey Avenue, N.W.
Washington, DC 20580
Tel: (202) 326 3759
Fax: (202) 326 3384
mmeier@ftc.gov
*Counsel for Plaintiff*
*Federal Trade Commission*