IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KING DRUG COMPANY OF FLORENCE, INC., et al. | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | No. 2:06-cv-1797 |
| CEPHALON, INC., et al. | : | |
| Defendants. | : | |
| VISTA HEALTHPLAN, INC., et al. | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | No. 2:06-cv-1833 |
| CEPHALON, INC., et al. | : | |
| Defendants. | : | |
| APOTEX, INC., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | No. 2:06-cv-2768 |
| CEPHALON, INC., et al. | : | |
| FEDERAL TRADE COMMISSION, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 2:08-cv-2141 |
| CEPHALON, INC., | : | |
| Defendant. | : | |

**STIPULATED AMENDMENT TO PRE-TRIAL SCHEDULING ORDERS**

All Plaintiffs in these cases, except the Federal Trade Commission, and all Defendants, agree that this Court should extend the dates for responding to outstanding Summary Judgment and *Daubert* motions. The Direct Purchaser Class Plaintiffs and the End-Payor Class Plaintiffs and all Defendants further agree that this Court should extend the dates for filing and briefing motions on class certification.

The Federal Trade Commission does not join in, and does not oppose the scheduling changes identified herein.

Therefore, all parties ask the Court to amend the Pre-Trial Scheduling Order of December 3, 2013 and the Order of March 3, 2014 as follows:

8. Summary Judgment and *Daubert* Motions

(a) Responses to Summary Judgment and *Daubert* motions shall be filed on or before May 9, 2014;

(b) Replies to such motions shall be filed on or before June 6, 2014.


9. Class Certification motions in the *Vista Healthplan, Inc., et al.*, Civ. No. 06-1833, and *King Drug Co. of Florence, Inc., et al.*, Civ. No. 06-1797, shall be filed on or before May 12, 2014.

(a) Responses to such motions shall be filed on or before June 19, 2014.

(b) Replies to such motions shall be filed on or before July 18, 2014.

2

SO STIPULATED:

**On Behalf of All Plaintiffs Except The Federal Trade Commission**

Dated: April 16, 2014

/s/ John A. Macoretta
Jeffrey L. Kodroff
John A. Macoretta
SPECTOR ROSEMAN KODROFF
 & WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Tel: (215) 496-0300
Fax: (215) 496-6611

*Co-Lead Counsel for End-Payor Class Plaintiffs*

**On Behalf of All Defendants**

/s/ James C. Burling
James C. Burling
Peter A. Spaeth
Mark A. Ford
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

John A. Guernsey
Nancy J. Gellman
CONRAD O'BRIEN PC
1500 Market Street
Centre Square
Philadelphia, PA 19102
(215) 864-9600

*Attorneys for Cephalon, Inc.*

3

SO ORDERED.

_____
Mitchell S. Goldberg, J.
4/17/14