IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 2:08-cv-2141 |
| | : | |
| CEPHALON, INC., | : | |
| Defendant. | : | |

### ORDER

**AND NOW,** this 29th day of July, 2014, upon consideration of the FTC's "Motion for Preclusion of Patent Issues or, in the Alternative, Partial Summary Judgment" (doc. no. 218), Cephalon's "Motion to Dismiss for Lack of Subject Matter Jurisdiction" (doc. no. 219), the FTC's "Motion to Compel Discovery or Preclude Reliance on Cephalon's New Perception-of-Patent-Strength Defense" (doc. no. 245), and the responses and replies associated therewith, and for the reasons set forth in the accompanying Memorandum Opinion, it is **ORDERED** that:

− The FTC's preclusion motion (doc. no. 218) is **GRANTED**.

− Cephalon's motion to dismiss (doc. no. 219) is **DENIED**.

− The FTC's motion to compel (doc. no. 245) is **DENIED** as moot.

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**
_____
**Mitchell S. Goldberg, J.**