# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KING DRUG COMPANY OF FLORENCE, INC., et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | No. 2:06-cv-1797 |
| CEPHALON, INC., et al., | : | |
| Defendants. | : | |
| VISTA HEALTHPLAN, INC., et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | No. 2:06-cv-1833 |
| CEPHALON, INC., et al., | : | |
| Defendants. | : | |
| APOTEX, INC., | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 2:06-cv-2768 |
| CEPHALON, INC., et al., | : | |
| Defendants. | : | |
| FEDERAL TRADE COMMISSION, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 2:08-cv-2141 |
| CEPHALON, INC., | : | |
| Defendant. | : | |

## **ORDER**

**AND NOW**, this 6th day of January, 2015, it is hereby **ORDERED** that:

1. A status conference regarding trial scheduling and structure will be held on **Thursday, January 29, 2015** at **10:00 a.m.** in a courtroom to be assigned. On or before January 22, 2015, each party may (but is not required to) submit correspondence to the Court outlining their positions on these issues, as well as any additional issues the parties believe should be addressed during the status conference. This correspondence should not exceed five (5) pages in length.

2. One counsel for each party must attend the conference, but it is not necessary that all counsel identified on the dockets for these parties and receiving this Order be present.

3. Given the number of parties and lawyers involved, and the scheduling difficulties that would result if all counsels' schedules are considered, no continuance requests will be entertained.

                                                      **BY THE COURT:**

                                                      **/s/ Mitchell S. Goldberg**

                                                      _____

                                                      **Mitchell S. Goldberg, J.**