**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KING DRUG COMPANY OF FLORENCE, INC., et al., | CIVIL ACTION |
|     Plaintiffs, | |
|     v. | No. 2:06-cv-1797 |
| CEPHALON, INC., et al., | |
|     Defendants. | |

| | |
|---|---|
| VISTA HEALTHPLAN, INC., et al., | CIVIL ACTION |
|     Plaintiffs, | |
|     v. | No. 2:06-cv-1833 |
| CEPHALON, INC., et al., | |
|     Defendants. | |

| | |
|---|---|
| APOTEX, INC., | CIVIL ACTION |
|     Plaintiff, | |
|     v. | No. 2:06-cv-2768 |
| CEPHALON, INC., et al., | |
|     Defendants. | |

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | CIVIL ACTION |
|     Plaintiff, | |
|     v. | No. 2:08-cv-2141 |
| CEPHALON, INC., | |
|     Defendant. | |

## NOTICE

**AND NOW**, this 28th day of January, 2015, the status conference scheduled for Thursday, January 29th, 2015 will commence at 1:30 p.m. in Courtroom 8B.

**/s/ Carole J. Ludwig**

**Carole J. Ludwig, Civil Deputy to
Judge Mitchell S. Goldberg, J.**