# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KING DRUG COMPANY OF FLORENCE, INC., et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | No. 2:06-cv-1797 |
| CEPHALON, INC., et al., | : | |
| Defendants. | : | |
| VISTA HEALTHPLAN, INC., et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | No. 2:06-cv-1833 |
| CEPHALON, INC., et al., | : | |
| Defendants. | : | |
| APOTEX, INC., | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 2:06-cv-2768 |
| CEPHALON, INC., et al., | : | |
| Defendants. | : | |
| FEDERAL TRADE COMMISSION, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 2:08-cv-2141 |
| CEPHALON, INC., | : | |
| Defendant. | : | |

## **ORDER**

**AND NOW**, this 20th day of February, 2015, upon consideration of "Direct Purchaser Class Plaintiffs' Daubert Motion to Exclude the Opinions of Mr. Stoner and Drs. Cooper and Baranski" (Dkt. No. 06-1797, Doc. No. 603), "Direct Purchaser Class Plaintiffs' Motion to Exclude Cephalon's Expert Opinions on Infringement" (Dkt. No. 06-1797, Doc. No. 604), "Plaintiffs' Daubert Motion to Exclude the Opinions of Gregory K. Bell" (Dkt. No. 06-1797, Doc. No. 605), "Direct Purchaser Class Plaintiffs' Motion to Exclude Certain Opinions and Proposed Trial Testimony of Defendants' Experts Jerry Hausman and Edward A. Snyder" (Dkt. No. 06-1797, Doc. No. 611), "Plaintiff Federal Trade Commission's Motion to Exclude Opinions of Cephalon's Ten Patent Experts" (Dkt. No. 08-2141, Doc. No. 280),[1] and "Plaintiff Apotex, Inc.'s *Daubert* No. 1: Motion to Exclude Defendants' Experts Gardner, Ludwig, Dahling and Karet" (Dkt. No. 06-2768, Doc. No. 698), it is hereby **ORDERED** that oral argument on these motions will be held on **Monday, March 23, 2015** at **10:00 a.m.** in Courtroom 4B.

                                                          **BY THE COURT:**

                                                          /s/ Mitchell S. Goldberg
                                                          _____
                                                          **Mitchell S. Goldberg, J.**

---

[1] As this motion has already been granted in favor of the FTC, we are considering this motion as to the Private Plaintiffs only, who joined the FTC's motion.