IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 2:08-cv-2141 |
| | : | |
| CEPHALON, INC., | : | |
| Defendant. | : | |

# ORDER

**AND NOW,** this 15th day of April, 2015, upon consideration of "Defendant Cephalon, Inc.'s Motion to Preclude the FTC's Disgorgement Claim" (Doc. No. 345) and "Plaintiff Federal Trade Commission's Memorandum in Opposition to Cephalon's Motion to Preclude the FTC's Disgorgement Claim" (Doc. No. 352), and in accordance with the accompanying Memorandum Opinion, it is hereby **ORDERED** that Cephalon's Motion to Preclude the FTC's Disgorgement Claim" (Doc. No. 345) is **DENIED.**

                                                      **BY THE COURT:**

                                                      /s/ Mitchell S. Goldberg
                                                      _____
                                                      **Mitchell S. Goldberg, J.**