# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FEDERAL TRADE COMMISSION,** | : | |
| | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | **NO. 08-2141** |
| **CEPHALON, INC., et al.** | : | |
| | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 13th day of October, 2021, upon consideration of the State of Louisiana's Motion for Leave to File Complaint in Intervention (Doc. No. 411) and the Response by Defendants Cephalon, Inc., Teva Pharmaceutical Industries, Ltd., Teva Pharmaceuticals USA, Inc., and Barr Laboratories, Inc. (Doc. No. 418), it is hereby **ORDERED** that the Motion is **DENIED**.

                          **BY THE COURT:**

                          */s/ Mitchell S. Goldberg*
                          **MITCHELL S. GOLDBERG, J.**